Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Byron L. Pickard
Mark Fox Evens
Michael B. Ray
Nirav N. Desai
STERNE, KESSLER, GOLDSTEIN, & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Plaintiff Power Survey, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **POWER SURVEY, LLC,** | |
| *Plaintiff*, | **Civil Action No. _____** |
| v. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| **PREMIER UTILITY SERVICES, LLC, and L-3 COMMUNICATIONS CORPORATION d/b/a/ NARDA SAFETY TEST SOLUTIONS** | **Jury Trial Demanded** **(Filed Electronically)** |
| *Defendants*. | |

Plaintiff Power Survey, LLC ("Power Survey") for its Complaint against Defendants

Premier Utility Services, LLC ("Premier Utility") and L-3 Communications Corporation doing

business as Narda Safety Test Solutions ("Narda") alleges as follows:

## THE NATURE OF THE ACTION

1.    This is an action for patent infringement under the patent laws of the United

States, 35 U.S.C. §§ 100, et seq.

## THE PARTIES

2.     Power Survey is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 25 Campus Drive, Kearny, New Jersey 07032. Power Survey regularly engages in business in this judicial district.

3.     According to publicly available records, Premier Utility is a limited liability corporation organized and existing under the laws of the State of New York, having a principal place of business at 100 Marcus Blvd, Suite #3, Hauppauge, New York 11788. Premier Utility is registered to do business in New Jersey as a foreign LLC and can be served through its New Jersey registered agent for service of process, National Registered Agents, Inc. of New Jersey, 100 Canal Pointe Blvd., Suite 212, Princeton, New Jersey 08540.

4.     According to publicly available records, Narda Safety Testing Solutions is a division of L-3 Communications, a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 435 Moreland Road, Hauppauge, New York 11788. L-3 Communications Corporation is registered to do business in New Jersey as a foreign corporation and can be served through its New Jersey registered agent for service of process, The Corporation Trust Company, 820 Bear Tavern Road, West Trenton, New Jersey 08628.

## JURISDICTION AND VENUE

5.     This action arises under the patent laws of the United States of America pursuant to 35 U.S.C. §§ 1, et seq.

6.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.     This Court has personal jurisdiction over Premier Utility pursuant to New Jersey Long-Arm Statute J.J. CT. R. 4:4-4 and principles of due process. Premier Utility has sufficient

2

minimum contacts with New Jersey and this district, and the maintenance of this suit does not offend traditional notions of fair play and substantial justice. Personal jurisdiction over Premier Utility is proper under principles of specific jurisdiction. Premier Utility is in the business of providing contact-voltage-testing services in the State of New Jersey and throughout the United States. Personal jurisdiction over Premier Utility is also proper under principles of general jurisdiction in that Premier Utility either resides in this state and district or has regularly and purposefully conducted business in New Jersey and this district. Premier Utility is registered to do business in the State of New Jersey as a foreign limited liability corporation, Business ID Number: 0600229413.

8.      This Court has personal jurisdiction over Narda pursuant to New Jersey Long-Arm Statute J.J. CT. R. 4:4-4 and principles of due process. Narda has sufficient minimum contacts with New Jersey and this district, and the maintenance of this suit does not offend traditional notions of fair play and substantial justice. Narda is in the business of providing contact-voltage-testing products for use in the State of New Jersey and throughout the United States. Personal jurisdiction over Narda is also proper under principles of general jurisdiction in that Narda either resides in this state and district or has regularly and purposefully conducted business in New Jersey and this district. L-3 Communications Corporation is registered to do business in the State of New Jersey as a foreign profit corporation, Business ID Number: 0100703185.

9.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b) because each of Premier Utility and Narda either reside in this district or have committed acts of infringement in this district, or both.

3

## BACKGROUND

10.     Contact or stray voltage ("contact voltage") is an elevated voltage condition that appears on or near the elements of an electric-distribution system and the devices it supplies. One of the many causes of contact voltage is damaged or deteriorated electrical insulation Workmanship issues, design flaws, and infrastructure decay are among the other causes of contact voltage. Voltage potentials on structures and surfaces that are publicly accessible create a potential hazard. In these cases, objects such as metal fences, street lights, traffic signals, fire hydrants, bus shelters and even sections of sidewalk or roadway become energized. Exposure of a person or animal to contact voltage can be hazardous and has led to injury and death of pedestrians and pets.

11.     Some power utilities employ manual-inspection programs to detect contact voltage. This method deploys field technicians with handheld probes who must test potentially hazardous structures on foot. This method is ineffective, labor intensive, slow, and often leads to missed hazards.

12.     Power Survey developed an accurate and reliable vehicle-mounted system to detect structures energized as a result of contact voltage. Power Survey's SVD2000 mobile electric field detector is a sensitive and accurate mobile contact-voltage-detection system. The SVD2000 is designed to locate contact-voltage hazards from a moving vehicle. The system reliably detects voltages on all surfaces in an area, including, for example, streetlights, manholes, fences, hand-hole covers, roadways, and sidewalks.

13.     Power Survey's fleet of SVD2000 systems has successfully serviced clients in the United States, Canada, and Europe. In total, Power Survey's SVD systems have tested millions of structures and detected thousands of instances of contact voltage. Power Survey's innovative

technology is protected by several patents and pending patent applications, including the two patents-in-suit identified in the following two paragraphs.

14.     On July 9, 2013, the United States Patent and Trademark Office duly and lawfully issued US Patent No. 8,482,274 ("the '274 patent"), entitled "Apparatus and Method for Monitoring and Controlling Detection of Stray Voltage Anomalies" to inventors David Kalokitis, Leonard J. Schultz, Christos A. Polyzois, and Vincent Paragano, Jr. Power Survey is and at all relevant times has been the owner of all right, title, and interest in and to the '274 patent. A copy of the '274 patent is attached hereto as Exhibit A.

15.     On September 17, 2013, the USPTO duly and lawfully issued US Patent No. 8,536,856 ("the '856 patent"), entitled "Apparatus And Method For Monitoring And Controlling Detection Of Stray Voltage Anomalies" to inventors David Kalokitis, Leonard J. Schultz, Christos A. Polyzois, and Vincent Paragano, Jr. Power Survey is and at all relevant times has been the owner of all right, title, and interest in and to the '856 patent. A copy of the '856 patent is attached hereto as Exhibit B.

## DEFENDANTS' INFRINGING ACTIVITIES

16.     On information and belief, Defendant Narda makes, uses, offers for sale, sells, or imports the Narda Model 8950/10. On information and belief, the Narda Model 8950/10 infringes the claims of the patents-in-suit. According to Narda's website and other materials, the Narda Model 8950/10 is a mobile contact-voltage-detection system and is offered for sale and sold to power utilities and contractors performing contact-voltage testing, including Premier Utility. Narda describes the Narda Model 8950/10 as a solution for conducting contact-voltage testing designed to be mounted on a vehicle.

17.     On information and belief, Premier Utility purchased from Narda the Narda Model 8950/10 and mounted it to a vehicle according to Narda's design. Premier Utility uses the

mounted Narda Model 8950/10 to market and provide contact-voltage-detection services in the State of New Jersey and elsewhere in the United States.

18.     On information and belief, Premier Utility also makes, uses, offers for sale, sells, or imports its own Mobile Contact Voltage Detection System (MCVD). On information and belief, Premier Utility touts the MCVD as a mobile system designed to detect contact voltages that may be hazardous to humans or pets.

19.     On information and belief, Premier Utility has provided contact-voltage-detection services in the State of New Jersey using the Narda Model 8950/10. Upon information and belief, Premier Utility continues to sell or offer for sale mobile contact voltage detection services in the State of New Jersey.

20.     The Narda Model 8950/10 infringes one or more claims of the patents-in-suit.

21.     The MCVD infringes one or more claims of the patents-in-suit.

## COUNT I: INFRINGEMENT OF THE '274 PATENT BY PREMIER UTILITY

22.     Plaintiff Power Survey realleges paragraphs 1 – 21 set forth above as if specifically set forth herein.

23.     Defendant Premier Utility, in violation of 35 U.S.C. § 271(a), (b), or (c), has been infringing, continues to infringe, induces others to infringe, or contributes to the infringement by others of, claims of the '274 patent, either literally or under the doctrine of equivalents, through at least the acts of making, using, selling, offering for sale, or importing infringing products and services, including the Narda Model 8950/10, the Premier Utility Mobile Contact Voltage Detection System, and mobile contact voltage detection services.

24.     Plaintiff Power Survey has suffered monetary damages as a result of Premier Utility's infringement of the '274 patent in an amount to be determined at trial.

25.     Plaintiff Power Survey has suffered irreparable harm as a result of Premier Utility's infringement of the '274 patent and will continue to suffer irreparable harm unless Premier Utility is enjoined from infringing the '274 patent.

## COUNT II: INFRINGEMENT OF THE '856 PATENT BY PREMIER UTILITY

26.     Plaintiff Power Survey realleges paragraphs 1 – 25 set forth above as if specifically set forth herein.

27.     Defendant Premier Utility, in violation of 35 U.S.C. § 271(a), (b), or (c), has been or is infringing, continues to infringe, induces others to infringe, or contributes to the infringement by others of, claims of the '856 patent, either literally or under the doctrine of equivalents, through at least the acts of making, using, selling, offering for sale, or importing infringing products and services, including the Narda Model 8950/10, the Premier Utility Mobile Contact Voltage Detection System, and mobile contact voltage detection services.

28.     Plaintiff Power Survey has suffered or will suffer monetary damages as a result of Premier Utility's infringement of the '856 patent in an amount to be determined at trial.

29.     Plaintiff Power Survey has suffered or will suffer irreparable harm as a result of Premier Utility's infringement of the '856 patent and will continue to suffer irreparable harm unless Premier Utility is enjoined from infringing the '856 patent.

## COUNT III: INFRINGEMENT OF THE '274 PATENT BY NARDA

30.     Plaintiff Power Survey realleges paragraphs 1 – 29 set forth above as if specifically set forth herein.

31.     Defendant Narda, in violation of 35 U.S.C. § 271(a), (b), or (c), has been infringing, continues to infringe, induces others to infringe, or contributes to the infringement by others of, claims of the '274 patent, either literally or under the doctrine of equivalents, through

at least the acts of making, using, selling, offering for sale, or importing infringing products and services, including the Narda Model 8950/10.

32.     Plaintiff Power Survey has suffered monetary damages as a result of Narda's infringement of the '274 patent in an amount to be determined at trial.

33.     Plaintiff Power Survey has suffered irreparable harm as a result of Narda's infringement of the '274 patent and will continue to suffer irreparable harm unless Narda is enjoined from infringing the '274 patent.

## COUNT IV: INFRINGEMENT OF THE '856 PATENT BY NARDA

34.     Plaintiff Power Survey realleges paragraphs 1 – 33 set forth above as if specifically set forth herein.

35.     Defendant Narda, in violation of 35 U.S.C. § 271(a), (b), or (c), has been or is infringing, continues to infringe, induces others to infringe, or contributes to the infringement by others of, claims of the '856 patent, either literally or under the doctrine of equivalents, through at least the acts of making, using, selling, offering for sale, or importing infringing products and services, including the Narda Model 8950/10.

36.     Plaintiff Power Survey has suffered or will suffer monetary damages as a result of Narda's infringement of the '856 patent in an amount to be determined at trial.

37.     Plaintiff Power Survey has suffered or will suffer irreparable harm as a result of Narda's infringement of the '856 patent and will continue to suffer irreparable harm unless Narda is enjoined from infringing the '856 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Power Survey respectfully requests that this Court grant the following relief:

A.      Judgment that each Defendant infringes the patents-in-suit;

B.      A permanent injunction pursuant to 35 U.S.C. § 283, enjoining each Defendant and its officers, directors, agents, servants, affiliates, employees, subsidiaries, parents, licensees, assigns, and customers, and all others acting in concert or participating with them, from further acts of infringement, inducing infringement, or contributing to the infringement of the claims of the patents-in-suit as alleged above;

C.      Judgment against each Defendant for money damages sustained as a result of each Defendant's infringement of the claims of the patents-in-suit in an amount as provided under 35 U.S.C. §284, to be no less than a reasonable royalty with interest and costs;

D.      An accounting for infringing sales not presented at trial and an award by this Court of additional damages for any such infringing sales;

E.      An award of pre-judgment and post-judgment interest on the damages caused by each Defendant's infringing activities and other conduct complained of herein;

F.      A judgment ordering each Defendant to pay enhanced damages pursuant to 35 U.S.C. §284, including but not limited to a judgment against each Defendant for treble damages for willful infringement of the patents-in-suit;

G.      A finding that this case is an exceptional case pursuant to 35 U.S.C. § 285 and award Power Survey its costs and reasonable attorneys' fees incurred in connection with this action; and

H.      Such other and further relief as this Court finds just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Power Survey

hereby respectfully requests a trial by jury of all issues in this action so triable.

Dated:  September 23, 2013           By:     _/s/ Liza M. Walsh_
                                               Liza M. Walsh
                                               CONNELL FOLEY LLP
                                               85 Livingston Avenue
                                               Roseland, New Jersey 07068
                                               (973) 535-0500

                                               Byron L. Pickard
                                               Mark Fox Evens
                                               Michael B. Ray
                                               Nirav N. Desai
                                               STERNE, KESSLER, GOLDSTEIN, & FOX
                                               P.L.L.C.
                                               1100 New York Avenue, NW
                                               Washington, D.C. 20005
                                               (202) 371-2600

                                               *Attorneys for Plaintiff Power Survey,*
                                               *LLC*

## <u>LOCAL RULE 11.2 AND 40.1 CERTIFICATION</u>

Plaintiff Power Survey, through its attorneys, certifies that the matter in controversy is not the subject of any other action pending in any court, or any pending arbitration or administrative proceeding.

Dated:  September 23, 2013

By:    */s/ Liza M. Walsh*
Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Byron L. Pickard
Mark Fox Evens
Michael B. Ray
Nirav N. Desai
STERNE, KESSLER, GOLDSTEIN, & FOX
P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Plaintiff Power Survey, LLC*

## LOCAL RULE 201.1 CERTIFICATION

Plaintiff Power Survey, through its attorneys, certifies that the above-captioned matter is not subject to compulsory arbitration in that the plaintiffs seek, *inter alia,* injunctive relief.

Dated:  September 23, 2013

By:   */s/ Liza M. Walsh*
Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

Byron L. Pickard
Mark Fox Evens
Michael B. Ray
Nirav N. Desai
STERNE, KESSLER, GOLDSTEIN, & FOX
P.L.L.C.
1100 New York Avenue, NW
Washington, D.C. 20005
(202) 371-2600

*Attorneys for Plaintiff Power Survey,*
*LLC*

# EXHIBIT A

Case 1:13-cv-05670-RMB-KMW   Document   Filed   Page 1 of 14

US008482274B2

## (12) United States Patent
### Kalokitis et al.

(10) Patent No.: **US 8,482,274 B2**
(45) Date of Patent: **Jul. 9, 2013**

(54) **APPARATUS AND METHOD FOR MONITORING AND CONTROLLING DETECTION OF STRAY VOLTAGE ANOMALIES**

(75) Inventors: **David Kalokitis**, Robbinsville, NJ (US); **Leonard Joshua Schultz**, Holland, PA (US); **Christos Alkiviadis Polyzois**, Bloomington, MN (US); **Vincent Paragano, Jr.**, Yardley, PA (US)

(73) Assignee: **Power Survey LLC**, Kearny, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/618,696**

(22) Filed: **Sep. 14, 2012**

(65) **Prior Publication Data**

US 2013/0015979 A1     Jan. 17, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/321,484, filed on Jan. 21, 2009, which is a continuation-in-part of application No. 11/551,222, filed on Oct. 19, 2006, now Pat. No. 7,486,081, and a continuation-in-part of application No. 11/224,909, filed on Sep. 13, 2005, now Pat. No. 7,248,054.

(60) Provisional application No. 60/728,168, filed on Oct. 19, 2005, provisional application No. 60/639,054, filed on Dec. 23, 2004, provisional application No. 60/641,470, filed on Jan. 5, 2005.

(51) Int. Cl.
*G01R 31/02*     (2006.01)
(52) U.S. Cl.
USPC ........ **324/72**; 340/870.37; 340/852; 340/657; 340/573.1; 324/457

(58) **Field of Classification Search**
USPC ........................................................ 324/71
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,309,609 A     3/1967   Moffitt
3,546,587 A     12/1970   Turecek
3,662,260 A  *  5/1972   Thomas et al. ................. 324/72

(Continued)

FOREIGN PATENT DOCUMENTS

JP      62103596 A  *  5/1987
JP   2005274371 A  *  10/2005

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Sep. 13, 2010 for PCT Application No. PCT/US2010/021653.

(Continued)

*Primary Examiner* — Melissa Koval
*Assistant Examiner* — Benjamin M Baldridge
(74) *Attorney, Agent, or Firm* — Moser Taboada

(57)     **ABSTRACT**

Apparatus and methods for detecting stray voltage anomalies in electric fields are provided herein. In some embodiments, an apparatus for detecting an electrical field may comprise: at least one sensor probe for generating data corresponding to an electrical field detected by the at least one sensor probe, wherein the at least one sensor probe comprises at least one electrode; a processor, coupled to the at least one sensor probe, for analyzing the data to identify a voltage anomaly in the electric field; and an indicator, coupled to the processor, for alerting a user to a presence of the voltage anomaly in the electric field.

**18 Claims, 23 Drawing Sheets**



**US 8,482,274 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,761,803 | A | 9/1973 | Slough |
| 3,774,108 | A * | 11/1973 | Ogilvie ............................ 324/72 |
| 3,774,110 | A * | 11/1973 | Roveti ........................... 324/133 |
| 3,786,468 | A * | 1/1974 | Moffitt .......................... 340/515 |
| 3,820,095 | A * | 6/1974 | Wojtasinski et al. .... 340/870.37 |
| 3,864,686 | A * | 2/1975 | Owen ........................... 343/713 |
| 3,878,459 | A * | 4/1975 | Hanna ........................... 324/555 |
| 4,007,418 | A | 2/1977 | Hanna |
| 4,277,745 | A | 7/1981 | Deno |
| 4,349,783 | A | 9/1982 | Robson et al. |
| 4,359,926 | A | 11/1982 | Sano et al. |
| 4,588,993 | A | 5/1986 | Babij et al. |
| 4,642,559 | A * | 2/1987 | Slough ............................ 324/72 |
| 4,714,915 | A | 12/1987 | Hascal et al. |
| 4,716,371 | A * | 12/1987 | Blitshteyn et al. ......... 324/457 |
| 4,724,393 | A | 2/1988 | Kumada et al. |
| 4,758,792 | A * | 7/1988 | Polonis et al. .............. 324/552 |
| 4,983,954 | A * | 1/1991 | Huston ......................... 340/657 |
| 5,148,110 | A * | 9/1992 | Helms .......................... 324/323 |
| 5,164,673 | A | 11/1992 | Rosener |
| 5,206,640 | A * | 4/1993 | Hirvonen et al. ............ 340/852 |
| 5,315,232 | A * | 5/1994 | Stewart .......................... 324/72 |
| 5,350,999 | A | 9/1994 | Brunda |
| 5,473,244 | A * | 12/1995 | Libove et al. ............... 324/126 |
| 5,646,525 | A | 7/1997 | Gilboa |
| 5,952,820 | A * | 9/1999 | Thrasher et al. ............ 324/119 |
| 6,008,660 | A | 12/1999 | Mahlbacher |
| 6,087,826 | A | 7/2000 | Donath |
| 6,100,806 | A | 8/2000 | Gaukel |
| 6,154,178 | A * | 11/2000 | Aslan ........................... 343/718 |
| 6,230,105 | B1 | 5/2001 | Harris et al. |
| 6,242,911 | B1 | 6/2001 | Maschek |
| 6,243,044 | B1 * | 6/2001 | Scott ............................ 343/715 |
| 6,317,683 | B1 | 11/2001 | Ciprian et al. |
| 6,329,924 | B1 | 12/2001 | McNulty |
| 6,411,103 | B1 | 6/2002 | Tobias et al. |
| 6,414,492 | B1 * | 7/2002 | Meyer et al. ................. 324/344 |
| 6,762,722 | B2 * | 7/2004 | Chiang et al. ........ 343/700 MS |
| 6,788,215 | B1 | 9/2004 | White ........................... 340/657 |
| 6,859,141 | B1 * | 2/2005 | Van Schyndel et al. ...... 340/562 |
| 6,922,059 | B2 * | 7/2005 | Zank et al. ................... 324/457 |
| 7,078,911 | B2 * | 7/2006 | Cehelnik ...................... 324/457 |
| 7,109,698 | B2 * | 9/2006 | Swenson et al. ............... 324/72 |
| 7,253,642 | B2 | 8/2007 | Kalokitis et al. |
| 7,283,055 | B2 * | 10/2007 | Didik .......................... 340/573.1 |
| 2002/0049063 | A1 | 4/2002 | Nohara et al. |
| 2003/0018444 | A1 * | 1/2003 | Uesaka .......................... 702/115 |
| 2003/0071628 | A1 * | 4/2003 | Zank et al. ................... 324/457 |
| 2003/0117943 | A1 | 6/2003 | Sakata et al. |
| 2003/0210204 | A1 * | 11/2003 | Chiang et al. ................ 343/893 |
| 2004/0103409 | A1 * | 5/2004 | Hayner et al. ................ 717/143 |
| 2004/0212539 | A1 * | 10/2004 | Lipka et al. .................. 343/715 |
| 2005/0073322 | A1 * | 4/2005 | Hibbs et al. .................. 324/658 |
| 2006/0027404 | A1 * | 2/2006 | Foxlin ....................... 178/18.06 |
| 2006/0058694 | A1 * | 3/2006 | Clark et al. .................. 600/509 |
| 2006/0092022 | A1 * | 5/2006 | Cehelnik ...................... 340/561 |
| 2006/0139031 | A1 | 6/2006 | Kalokitis et al. |
| 2006/0139032 | A1 * | 6/2006 | Kalokitis et al. ............ 324/457 |
| 2007/0179737 | A1 * | 8/2007 | Kalokitis et al. ............ 702/150 |
| 2007/0279067 | A1 * | 12/2007 | Wiswell et al. .............. 324/457 |

### OTHER PUBLICATIONS

International Search Report and Written Opinion dated Aug. 29, 2008 for PCT Application No. PCT/IB06/04314.

* cited by examiner



FIG. 1



FIG. 2





**FIG. 4**



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 8A



FIG. 9



FIG. 10

1100



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16 (1)



FIG. 16 (2)



**FIG. 17**

**FIG. 18**



FIG. 19



FIG. 20

Case 1:13-cv-05670-RMB-KMW   Document 1   Filed 09/23/13   Page 35 of 92 PageID: 35



FIG. 21



INITIALIZE VIDEO GRAPHICAL USER INTERFACE (VGUI) — 2202

PROMPT FOR USER LOGIN — 2204

2206
AUTHORIZED LOGIN?    NO

YES

DISPLAY STREAMING DATA FROM E-FIELD SENSORS AND VIDEO CAPTURE DEVICES — 2208

2210
VOLTAGE ANOMALY DETECTED?    YES

2212
NO    SOUND VARIABLE-PITCH ALERT

2214
EVENT CAPTURE REQUESTED?

YES

ANALYZE DATA ASSOCIATED WITH CAPTURED EVENT — 2216

PROVIDE PLAYBACK CONTROLS FOR CAPTURED EVENT — 2218

2220
STORE CAPTURE EVENT REQUESTED?    YES

2222
NO    IDENTIFY OBJECT AND STORE CAPTURED EVENT

2224
RESUME SENSOR SCAN AND VIDEO COLLECTION?    YES

2226
NO    STANDBY

FIG. 22



FIG. 23



FIG. 23A



FIG. 25



FIG. 24

US 8,482,274 B2

1

## APPARATUS AND METHOD FOR MONITORING AND CONTROLLING DETECTION OF STRAY VOLTAGE ANOMALIES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of pending U.S. patent application Ser. No. 12/321,484 filed on Jan. 21, 2009, which is a continuation-in-part of U.S. patent application Ser. No. 11/551,222, filed Oct. 19, 2006, now U.S. Pat. No. 7,486,081 which issued on Feb. 3, 2009, which claims benefit of U.S. Provisional Patent Application No. 60/728,168, filed Oct. 19, 2005, which is a continuation-in-part of U.S. patent application Ser. No. 11/224,909, filed Sep. 13, 2005, now U.S. Pat. No. 7,248,054 which issued on Jul. 24, 2007, which claims benefit of U.S. Provisional Patent Application No. 60/639, 054, filed Dec. 23, 2004 and U.S. Provisional Patent Application No. 60/641,470, filed Jan. 5, 2005. Each of the afore-mentioned related patent applications is herein incorporated by reference.

### BACKGROUND

1. Field

The present invention relates to the detection of electric fields, and more particularly, to apparatus and methods of detecting stray voltage anomalies in electric fields.

2. Description of the Related Art

Large power distribution systems, especially those in large metropolitan areas, are subject to many stresses, which may occasionally result in the generation of undesirable or dangerous anomalies. An infrequent, but recurrent problem in power distribution infrastructures is the presence of "stray voltages" in the system. These stray voltages may present themselves when objects, such as manhole covers, gratings, street light poles, phone booths and the like become electrically energized (e.g., at 120V AC). An electrically conductive path may be established between underground secondary network cabling and these objects through physical damage to electrical insulation resulting in direct contact between electrically conductive elements or through the introduction of water acting as a conductor. These energized objects present obvious dangers to people and animals in the general public.

Detecting the existence of stray voltages by means of assessing electromagnetic radiation is not practical because the wavelength of a 60 Hz electromagnetic wave is approximately 5,000 kilometers (i.e., about 3,107 miles) in length. To effectively radiate electromagnetic waves, a radiating object (e.g., manhole cover or light pole) should represent at least ¼ wavelength (i.e., about 776.75 miles) and a receiving "antenna" should be 1½ to 2 wavelengths away from the emitting source (about 6,214 miles). Two wavelengths is the distance required for electric and magnetic fields to come into time phase and space quadrature where they behave as a plane wave. A detection system will typically be perhaps 10 ft. to 30 ft. away from the energized object, so that detection will take place in the extreme near field where electric and magnetic fields exist in a complex temporal and spatial pattern, not as a unified electromagnetic plane wave. Thus, electric and magnetic fields must be considered and measured separately.

Due to power distribution networks typically having many miles of buried cable carrying perhaps thousands of amperes of current, the magnetic field in any one location due to such normal load is likely to be very high. Detecting magnetic fields arising from a relatively weak stray voltage anomaly would be very difficult due to the interference from strong ambient magnetic fields arising from normal loads and, therefore, it has been determined that the best way to detect a stray voltage anomaly is to assess the electric field.

Techniques for the detection of stray voltages are typically carried out by manual inspection of surrounding electrical infrastructures for signs of leaking current. An inspection team equipped, for example, with hand held detection devices may be employed to make direct physical inspections of electrical infrastructures. However, inspectors using these detection devices are typically required to make contact with portions of electrical infrastructures, such as streetlamp bases or manhole covers, in order to obtain accurate measurements for determining the existence of potentially dangerous stray voltages. These manual inspections are undoubtedly time-consuming and give a false sense of security.

Accordingly, there exists a need to provide a more efficient means for detecting and identifying sources of stray voltage anomalies over vast geographic areas, particularly, populated urban, suburban and rural areas.

### SUMMARY

Apparatus and methods for detecting stray voltage anomalies in electric fields are provided herein. In some embodiments, an apparatus for detecting an electrical field may comprise: at least one sensor probe for generating data corresponding to an electrical field detected by the at least one sensor probe, wherein the at least one sensor probe comprises at least one electrode; a processor, coupled to the at least one sensor probe, for analyzing the data to identify a voltage anomaly in the electric field; and an indicator, coupled to the processor, for alerting a user to a presence of the voltage anomaly in the electric field.

In some embodiments, a method for detecting an electric field may comprise: sensing an electric field using at least one sensor probe, wherein the at least one sensor probe comprises at least one electrode; identifying a location of the sensor probe; collecting data representing the electrical field sensed by the at least one sensor probe; analyzing the collected data to identify a voltage anomaly in the electric field; and providing an indicator to alert a user to a presence of the voltage anomaly in the electrical field.

### BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention, briefly summarized above and discussed in greater detail below, can be understood by reference to the illustrative embodiments of the invention depicted in the appended drawings. It is to be noted, however, that the appended drawings illustrate only typical embodiments of this invention and are therefore not to be considered limiting of its scope, for the invention may admit to other equally effective embodiments.

FIG. **1** is a schematic diagram of an exemplary sensor system in accordance with some embodiments of the present invention.

FIGS. **2-2A** are schematic diagrams illustrating the operation of the sensor system employing digital electronic processing in accordance with some embodiments of the present invention.

FIGS. **3-5** are illustrations of a detection system unit (DSU) in accordance with some embodiments of the present invention.

FIG. **6** is a schematic diagram of an exemplary sensor system utilizing the DSU illustrated in FIG. **5**.

US 8,482,274 B2

3

FIGS. **7-8** are illustrations of an isometric view of a tri-axial sensing probe arrangement mounted in a radar dome (radome) arrangement in accordance with some embodiments of the present invention.

FIG. **8A** is an illustration of a top view tri-axial sensing probe arrangement mounted in a radome arrangement in accordance with some embodiments of the present invention.

FIG. **9** is an illustration of a vehicle mounted DSU in accordance with some embodiments of the present invention.

FIG. **10** is an exemplary screen display of a graphical computer interface in accordance with some embodiments of the present invention.

FIG. **11** illustrates an exemplary login display of the graphical user interface in accordance with some embodiments of the present invention.

FIG. **12** illustrates an exemplary main display of the graphical user interface populated with sensor data in accordance with some embodiments of the present invention.

FIG. **13** illustrates an enlarged view of the control panel of the main display of the graphical user interface in accordance with some embodiments of the present invention.

FIG. **14** illustrates an exemplary preferences display produced by the graphical user interface upon selection of a preferences option in accordance with some embodiments of the present invention.

FIG. **15** illustrates an exemplary standby display produced by the system upon selection of an event capture option provided on the main display in accordance with some embodiments of the present invention.

FIG. **16** illustrates an exemplary event capture display produced by the system upon completion of the processing for a request to capture an event in accordance with an embodiment of the present invention.

FIGS. **17-18** illustrate an enlarged view of a detected stray voltage anomaly as it may be provided on the exemplary event capture display.

FIG. **19** illustrates an enlarged view of a playback control panel of the event capture display in accordance with some embodiments of the present invention.

FIG. **20** illustrates an enlarged view of an objects election section of the playback control panel in accordance with some embodiments of the present invention.

FIG. **21** illustrates an enlarged view of a saved events section of the playback control panel in accordance with some embodiments of the present invention.

FIG. **22** is a flowchart illustrating the steps employed by the system in monitoring electric fields in accordance with some embodiments of the present invention.

FIG. **23-23A** are illustrations of a electric field profile detected by the DSU in accordance with some embodiments of the present invention.

FIG. **24** is a schematic flow diagram illustrating a method for obtaining a running average and an alarm trigger in accordance with some embodiments of the present invention.

FIG. **25** is a graphical presentation of an example of data produced by the method for obtaining a running average and an alarm trigger in accordance with some embodiments of the present invention.

To facilitate understanding, identical reference numerals have been used, where possible, to designate identical elements that are common to the figures. The figures are not drawn to scale and may be simplified for clarity. It is contemplated that elements and features of one embodiment may be beneficially incorporated in other embodiments without further recitation.

DETAILED DESCRIPTION

Embodiments of the present invention generally relate to apparatus and methods for detecting a stray voltage anomaly

4

in an electric field. For purposes of clarity, and not by way of limitation, illustrative depictions of the present invention are described with references made to the above-identified drawing figures. Various modifications obvious to one skilled in the art are deemed to be within the spirit and scope of the present invention.

FIG. **1** is a schematic diagram of an exemplary sensor system in accordance with some embodiments of the present invention. FIGS. **2-2A** are schematic diagrams illustrating the operation of the sensor system employing digital electronic processing in accordance with some embodiments of the present invention. To best understand the invention the reader should refer to FIGS. **1**, **2** and **2A** simultaneously.

In accordance with some embodiments of the present invention, sensor system **100** generally comprises a detection system unit (DSU) **110**, which may receive electric field measurements from one or more sensor probes, wherein each sensor probe comprises of at least one electrode. For example, sensor probes **110**x, **110**y or **110**z each may respectively comprise two electrodes $110x$-$110x$, $110y$-$110y$ or $110z$-$110z$. The DSU **110** may employ any number of sensor probes for purposes of measuring an electric field in any particular area of interest being surveyed for stray voltage anomalies in electric fields, such as the embodiments discussed below with respect to FIGS. **3-5** and **7-8A**. For example, the DSU **110** may employ only one of said sensor probes **110**x, **110**y or **110**z, additional sensor probes to supplement the measurements obtained by sensor probes **110**x, **110**y or **110**z or, any other suitable combination of sensor probes. For example, in some embodiments, it may be such that the signals from one pair of electrodes do not ordinarily provide electric field data that is of interest, e.g., as where high-field producing overhead power distribution wires are present, and so the pair of electrodes, e.g., $110z$-$110z$, that sense the vertical field components may be, but need not be, omitted. In some embodiments, the DSU **110** may employ a multi-axis sensor probe arrangement as the ones described, for example, in commonly owned U.S. Pat. No. 7,248,054, filed Sep. 13, 2005 and issued on Jul. 24, 2007, and U.S. Pat. No. 7,253,642, filed Sep. 13, 2005 and issued on Aug. 7, 2007, which are hereby incorporated by reference in their entirety.

The sensor system **100** employs a digital processing system (DPS) **112** capable of processing electrode data provided by the DSU **110** in near real time (e.g., with less than one second latency). It some embodiments, such as the embodiment depicted in FIG. **1**, the DPS **112** is arranged to interface directly to a three-axis sensor probe arrangement, such as DSU **110**.

In some embodiments, the DPS **112** comprises a multi-channel analog-to-digital converter (ADC) **122**, a digital signal processor (DSP) **124**, a memory (EEPROM) **126**, an audio amplifier **128**, audible transducing device (speaker) **130**, one or more data converters **132** (e.g., uni-directional or bidirectional SPI to RS-232 converters), and a source of electrical power, such as a power converter **134**. The power converter **134** provides the various voltages for operating the DPS **112** and other electronic devices. In some embodiments, electrical power for sensor system **100** may be obtained from any convenient electrical power source, such as the electrical system or battery **105** of the vehicle (e.g., truck) on or with which sensor system **100** is operated or a separate battery.

The DPS **112** is coupled to the DSU **110** via an input (analog) section **114**, which comprises low pass filters **116** and buffer amplifiers **120**. In some embodiments, for example such as the embodiment depicted in FIG. **1**, the input section **114** comprises at least one (six shown) low pass filters **116**, one for each electrode of sensor probes **110**x, **110**y, **110**z,

US 8,482,274 B2

5

each preceded by an amplifier **118**, and followed by a buffer amplifier **120**. In some embodiments the amplifier **118** has a high input impedance and exhibits some gain.

In some embodiments, the low pass filter **116** cutoff frequency may be selected to minimize the effects of aliasing. For example, where the ADC **122** samples data provided from the sensor probes **110**$x$, **110**$y$, **110**$z$ at a rate of 960 samples per second, a suitable low pass filter **116** may have a cutoff frequency (at −3 dB) of about 240 Hz and a −24 dB per octave slope. Thus, at 900 Hz, the first frequency that directly aliases the 60 Hz frequency of interest, the low pass filter **116** supplies a rejection or attenuation of about 46 dB.

In some embodiments, a suitable ADC **122** may operate at a conversion burst rate of about 842 KSPS (kilo-samples per second). For example, every $\frac{1}{960}^{th}$ of a second the ADC **122** is commanded to perform 96 conversions, specifically 16 readings of each of six electrodes **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$. The readings converted by ADC **122** may be alternated such that temporal distortion effects are minimized. For example, ADC **122** converts plate electrode **1** (+110$z$) data, then plate electrode **2** (−110$z$) data, and so on through plate electrode **6** (−110$x$). It then repeats this six-conversion sequence 16 times for a total of 96 conversions. This burst of conversions takes approximately 114 microseconds (96/842 KHz), which is approximately 11% of the $\frac{1}{960}^{th}$ of second allotted for conversion, while reducing quantization errors by a factor of four. Other ADC arrangements and/or other ADC control arrangements may be employed.

The data may be transferred into memory **126** from the ADC **122** via a serial link driven by a Direct Memory Access (DMA) function within the DSP **124**. In some embodiments, such as in FIG. **2**, differential data may be obtained from single ended data provided to the DSP **124** by the negation **221** of one of the pair of single ended data values and the summing **223** of one single ended data value with the negated data value. In such embodiments, the single-ended signals from electrodes **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$ may be coupled to the differential-to-single-end amplifiers **118** that provide balanced inputs with gain and convert the signal to single ended analog format to simplify subsequent processing, e.g., by lowpass filters **116**. A multi-stage active low pass filter **116** then processes the signal to reduce signals other than the desired 60 Hz signal, i.e. to help separate the desired signal from near frequency interfering E-field signals. The signal is then further amplified and buffered and routed to ADC **122**.

Upon completion of each 96 event burst conversion, as described above in reference to the operation of ADC **122**, the DSP **124** averages the data to obtain six values (one for each of the six electrodes **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$), and stores the six values, e.g., in a single row of a 6×256 point matrix of a memory internal to DSP **124**. This action is repeated 256 times until the entire matrix of the internal memory of DSP **124** is filled, at which point DSP **124** performs six Fast Fourier Transforms (FFTs) **224** on the six column vectors. Each FFT **224** yields a frequency domain representation of the prior 256 samples (for each electrode **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$) in the form of 128 complex values. Each of these complex values represents the phase and amplitude of the opposing electrode **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$ signal within a bin **226** of 960 Hz/256=3.75 Hz. The 16th FFT bin **226** contains the 60 Hz information, which is the only information that is of interest with respect to sensing stray 60 Hz voltages. Processor DSP **124** calculates the magnitude squared of this bin **226** data (its real part squared summed with its complex part squared), and assigns this value as the field strength for the electrode **110**$x$-

6

**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$ that produced it. This process yields six field strength values at a rate of 960 Hz/256=3.75 Hz.

In some embodiments, such as depicted in FIG. **2**A, differences between time domain values for the electrodes **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$ are calculated, resulting in a 3×256 point matrix, which is then processed using the FFT **224** as described in the previous paragraph.

In some embodiments, measured field data from the sensor probes **110**$x$, **110**$y$, **110**$z$ is stored as measured ("raw" data), e.g., as six sets of data as produced by the electrodes **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$ or as three sets of differential data as produced the three pair of probe electrodes **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$, or both. Data may be stored in a memory **126** of the DSP **124**, or provided to a computer **136** or to any other device for storage and/or further analysis at the user's desire.

The computer **136** may provide a graphical user interface (GUI) **138** for an operator to control the operation of the sensor probes **110**$x$, **110**$y$, **110**$z$, and sensor system **100**, in particular, the DSP **124**, and to monitor field data as measured. For example, an operator may adjust the values of the constants and scaling factors utilized in the detection and averaging processing for producing an audible alarm as described. An example of a command set for computer **138** is set forth below. The commands may be executed by single keystroke entries, plural keystroke entries, or mouse clicks. The data may be stored in any format that would allow the stored data to be exported to a readable format, such as a database, spreadsheet, text document, or the like.

Sensor System Command Set Listing

A brief description of example sensor system commands that are available to a user of the sensor system in accordance with some embodiments of the present invention follows. Commands may be executed in response to the symbol (given at the left margin below) being entered via the keyboard of computer or by a point-and-click entry. Note: Unrecognized characters generate a question mark "?" and an echo of that character to indicate that an invalid command has been entered.

H Display Help Screen—Causes the Help screen that lists all commands to be displayed.

{ Enter GPS Console Mode—GUI directly communicates with GPS and all keyboard entries are forwarded to GPS, i.e. not interpreted as SVD commands)

} Exit GPS Console Mode

Z Display Zulu time to the console

V Display current software Version number

L Display the current GPS Latitude, Longitude, Elevation and Zulu time

> Enter Stray Voltage Detect Data Spew Mode—Data for all six probe plates is displayed at the 3.75 Hz rate at which it is produced

< Exit Stray Voltage Detect Data Spew Mode

+ Increase SVD audio alarm manual threshold by 1 dB (only in "P" or "D" beeper modes)

− Decrease SVD audio alarm manual threshold by 1 dB (only in "P" or "D" beeper modes)

P Differential Probe Mode OFF—Beep (audio tone) if signal from any probe plate exceeds the SVD threshold. (500 Hz tone @ 50% duty cycle at 3.75 Hz rate)

D Differential Probe Mode ON—Audio tone pitch is based on average of signals of all three differential plate pairs if in "S" or "U" modes (otherwise 500 Hz tone @ 50% duty cycle at 3.75 Hz rate if any differential pair of probes exceeds SVD threshold)

US 8,482,274 B2

7

X Disable (or mute) the beeper (audio tone) until "P" or "D" or "S" command

S Audio tone pitch set proportional to 60 Hz field strength *squared*

U Audio tone pitch is un-weighted average of last 32 magnitude squared values.

| Toggle display to the next of speed (in mph), distance (in wheel speed pulses) and OFF

F Display current vehicle speed (in mph).

A Put DSP in Automatic (data streaming) mode to display Log file as it is generated

M Put DSP in Manual mode (for terminal control), exiting the "A" mode

# Spew data display for the three differential probe pairs at a 60 lines/sec rate.

T Increase the "singer" (audio tone) cutoff threshold by ˜0.5 dB and display new value

t Decrease the "singer" (audio tone) cutoff threshold by ˜0.5 dB and display new value

G Increase "singer" (audio tone) pitch gain by ˜0.5 dB and display new value

g Decrease "singer" (audio tone) pitch gain by ˜1 dB and display new value

* Restore default settings.

0 Operate in Differential Mode with tone based on average of all six plates (same as D above)

1 Operate in Differential Mode with tone based on plates **1-2** (top and bottom plates)

2 Operate in Differential Mode with tone based on plates **3-4** (left and right plates)

3 Operate in Differential Mode with tone based on plates **5-6** (fore and aft plates)

4 Connect X auxiliary electrodes together (toggle connect/disconnect)

5 Connect Y auxiliary electrodes together (toggle connect/disconnect)

6 Connect Z auxiliary electrodes together (toggle connect/disconnect)

$ Connect X auxiliary electrodes to common (toggle connect/disconnect)

% Connect Y auxiliary electrodes to common (toggle connect/disconnect)

˜ Connect Z auxiliary electrodes to common (toggle connect/disconnect)

To this end, DSP **124** may further comprise a data streamer **240** which provides the unaveraged data independent of the settings of software switches **229**, **231**. Data provided by data streamer **240**, e.g., in a SPI format, may be converted into another standard digital data format, e.g., into RS-232 format, by data converters **132**. Data converters **132** may also convert data received in a given format, e.g., RS-232 format, into a format compatible with DSP **124**, e.g., SPI format, as is the case for data provided by global positioning system (GPS) receiver **140**. GPS receiver **140** may be any locating device capable of receiving signals from an antenna **142** broadcast by one or more GPS satellites orbiting the Earth to determine therefrom its location on the Earth.

Once the six field strength values (or three differential field strength values) are determined, higher-level procedures employ these six values (or three values) to produce data in a form that is meaningful to the user. For example, a simplistic detection alarm is available to the user that compares the six field strength values (or three differential field strength values) to a user-defined threshold, and activates a simple audible alarm provided by a audio amp **128** and a speaker **130**, for example, a pulsing audio alarm, if any of these six values exceeds the threshold.

8

In some embodiments, the detection alarm may produce a continuous output whose pitch is proportional to the field strength. To accomplish the continuous aspect of this audible output, the field strength values may be calculated at a rate far greater than the basic 3.75 Hz of the FFT data. To this end, the processing algorithm performs the 256-point FFT **224** on the most recent 256 samples collected (for each electrode **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$) as before, but to perform this operation at a 60 Hz rate. Thus after every 16 additional averaged sample set values are collected, the FFT **224** is re-performed, producing the six field strength values (one for each electrode **110**$x$-**110**$x$, **110**$y$-**110**$y$, **110**$z$-**110**$z$) at a rate of 960 Hz/16=60 Hz. The large degree of time domain overlap from each FFT **224** to the next FFT **224** while using this process produces a far smoother output stream than is produced at the basic 3.75 Hz rate.

The field strength values produced by the FFT **224** process range from about zero to about two million. Reasonable example frequencies audible to humans for this type of detection system would fall into a range between approximately 70 Hz and approximately 3 KHz. The 16-bit timer-counter in the DSP **124** may further comprise a 4-bit prescaler that allows its incident clock to be pre-divided (prescaled) by a programmable value between about 1 to about 16. With a prescale factor of 16, an additional divide-by-two frequency reduction occurs due to the toggling nature of the counter-timer output as described above, and at a maximum period value of 2^16=65536, an audio tone of 144 MHz/(16*2*65536)=68.66 Hz results. Because little useful data is contained in field strength values less than about 10, these field strength values are programmed to produce no audible output. For a field strength of 10, a 69.3 Hz tone results, brought about by 64939 being written into the timer-counter period register.

To compensate for the inability of typical human hearing to accurately discern pitch differences of an eighth of a step (a half-step is defined as a 2^(1/12) change in pitch, equivalent the difference between adjacent notes in the equal tempered chromatic scale commonly used in western music), the pitch table used is based upon this amount of pitch change, so that discrete pitch changes would be perceived as a continuum by a human listener. Thus, an incremental pitch change in the audio output of the sensor system **100** results in a frequency change of +/−(1−2^(1/96)), or +/−0.7246%. The effect of an apparently continuous pitch output is thus achieved from a discrete pitch system. The 512-step pitch table employed covers a pitch range from 69.3 Hz to 2^(512/96)*69.3=2.794 KHz.

In some embodiments, the field strength data from the DSP **124** may range from about 10 to about 2,100,000, or approximately 5.3 decades. This data is likewise parsed logarithmically to fit the 512 element pitch table, such that any increase of 10^(1/96) would produce an increase of one increment in pitch. So for every 10 dB that the field strength increases, the pitch of the audio output **275** increases by about one octave. The period value written into the timer counter is thus 144× 10^6 divided by 32 (or 4.5 million) divided by the desired output frequency. The 512-element pitch table is thus made up of two columns, one representing field strength, and one representing timer-counter period. The process to determine the output audio pitch finds the field strength table value nearest to, but not greater than, the current actual field strength value, and applies the accompanying period value to a numerically controlled oscillator (NCO) **232**.

In some embodiments, such as the embodiment described above, NCO **232** comprises both a period register and a timer register. When the timer register counts down to zero, it

US 8,482,274 B2

9

10

reloads from the period register and then counts down from the period value. The process described may only update the period register, thus avoiding the generation of transient pitch discontinuities that would sound to the ear as a "pop" or "crack." The count register may be updated during high-to-low or low-to-high transitions of the audio output, thereby producing a continuous quasi-portamento output tone.

In some embodiments, for example when an audio tone is the principal output to the user, further smoothing of the data may provide what could be considered a more pleasing audible output. Pitch discontinuities caused by vibration of the electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$ and other transient effects may make the audio output significantly less meaningful to the user. An unweighted 32-point averaging filter $227$ directly preceding the NCO $232$ in the audio processing chain, although it introduced an additional latency of $32/60$ Hz=0.533 seconds to the system $100$, may significantly mitigate these transient effects, thus increasing user effectiveness at interpreting the audio data. The total system latency, with this additional averaging filter $227$ enabled (it can be enabled or disabled by the user via software switch $231$), is thus $32/60$ Hz+$256/960$ Hz=0.8 seconds. This is specifically the latency between the detection of a field by the sensor probe $110x$, $110y$, $110z$ and its resultant tone production by the audio system (e.g., audio amplifier $128$ and speaker $130$).

In some embodiments, the software of DSP $124$ may be structured to support differential data when using the 60 Hz output data rate mode. Differential probe electrode data may be used to provide a higher signal-to-noise ratio compared to that of any single plate electrode. The user may be given the capability to select, e.g., setting software switches $229$, $231$, via the graphical user interface (GUI) $138$ of computer $136$, which of electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$ to use to drive the audio system amplifier $128$ and speaker $130$, plus a fourth option, the average $228$ of all three pairs. The 60 Hz output data then controls a numerically controlled oscillator (NCO) $232$ within DSP $124$ for producing an audio pitch (tone) that is proportional to field strength. Because the perception of pitch in humans is logarithmic, the raw field strength data is converted to a logarithmic scale by DSP $124$, which may be accomplished in any convenient manner, e.g., by means of a look-up table.

In some embodiments, for certain DSP $124$ devices, e.g., a type TMS320VC5509 digital signal processor available from Texas Instruments located in Dallas, Tex., the NCO $232$ producing the audio output (nominally a square wave) is the output of a timer-counter integral to the DSP $124$ integrated circuit (IC). The DSP $124$ sets the frequency of this timer-counter by writing to it a period value. The nominal DSP $124$ clock (144 MHz, in one example) causes the timer-counter to count down from this period value to zero, at which point an output signal toggles state from high to low (or from low to high).

In some embodiments, a Global Positioning System (GPS) receiver $140$ provides a location reference including latitude, longitude, elevation, time and date so that the location of the sensor system $100$ is known to a reasonably high precision. GPS position data may be exported to a conventional GPS mapping software for utilization. The GPS location information may be stored, e.g., in the memory of DSP $124$ or of computer $136$, so that there is a stored precision location and time reference associated with the stored measurements of 60 Hz field data from the DSU $110$.

Thus, the GPS location data provides a record of the location at which each detected stray voltage field was detected and the time thereof, as may be desired for subsequent analysis, e.g., for reviewing the location of a stray voltage anomaly and identifying the source thereof. Because the peak of the response to a source of stray voltage anomaly cannot be ascertained until after the vehicle has passed the source, the exact location of the source may not be observed until after the time at which it is detected, i.e. until after it is passed. While having this stray voltage and location data recorded is desirable and beneficial, in a typical service environment, e.g., on a city street, it is not practical to stop the vehicle carrying system each time a stray voltage is detected, or to back the vehicle up to ascertain the exact location at which the detection took place.

Because the sensor system $100$ may be operated in urban/city environments where buildings and other obstacles distort and/or block signals from a GPS satellite system from reaching the GPS antenna $142$ via a direct path, GPS location information may have degraded accuracy, or may not be available. Other means of determining the location of the sensor system $100$, such as a wheel speed sensor $144$, may be utilized in place of, or in conjunction with, the GPS location information. Typically, wheel speed sensor $144$ may detect revolutions of wheel $146$ and, because the circumference of wheel $146$ is known, distance and speed can be determined from the revolution of wheel $146$.

For example, the wheel speed sensor $144$ may produce four signals, typically pulses, for each revolution of wheel W, wherein each signal represents about 16 inches (about 40-41 cm) of linear travel. Most manhole covers MHC are about 30-40 inches (about 0.75-1.0 m) in diameter, and so wheel speed indications every one to two feet (about 0.3 to 0.6 m) is sufficient to locate a manhole MHC cover having stray voltage thereon. One suitable embodiment of wheel speed sensor $144$ utilizes a Hall-effect sensor mounted so that the wheel lugs (studs and nuts) that secure wheel W to an axle pass close enough that the Hall-effect sensor produces a detectable output pulse therefrom.

This may advantageously eliminate the need for a transmitted or other 60 Hz timing reference and, therefore, it may be disposed on and operated from a vehicle moving at a substantial speed, e.g., up to 15-25 miles per hour (about 24-40 km/hr), or faster. In addition, this allows processing of the sensed stray voltage data in essentially "real time" so as to facilitate an operator understanding and responding to the sensed data. For example, in some embodiments the sensor system $100$ may detect an energized manhole cover at a distance of about 15 feet (about 4.5 meters) when moving at speeds of up to about 10 mph (about 16 km/hr) or less, and consistently detect an energized light pole at a distance of about 25 feet (about 7.5 meters) when moving at speeds of up to about 20 mph (about 32 km/hr) or less.

In some embodiments, the sensor system $100$ may additionally comprise an imaging system unit (ISU) $106$, which may receive video input from one or more cameras. The ISU $106$ may employ any number of cameras suitable for providing streaming images of a patrolled scene. Cameras employed may be video cameras, stereo cameras, various digital cameras, a combination of the aforementioned cameras or any other suitable camera and arrangement of cameras suitable for imaging a patrolled scene.

In some embodiments, one or more of cameras may be provided for imaging the environs where sensor system $100$ is employed. For example, where sensor system $100$ is deployed on a patrol vehicle or trailer, two cameras may be provided thereon, wherein each camera is directed to view in a direction about 90° to the left of the direction of travel and 90° to the right of the direction of travel, so that images of what is present to the left and to the right of the patrolling vehicle are

**11**

obtained. Video images therefrom may be recorded sensor system **100** traverses a patrolled environment.

Video images may be obtained at a standard video rate, e.g., at 30 or 60 frames per second, but may be at much slower rates, e.g., one or two frames per second, consistent with the speeds at which the patrolling vehicle moves. For example, if a vehicle is moving at between 10 and 20 mph (about 14-28 feet per second or about 4.2-8.5 m/sec.), video at a two frames per second video rate would provide a new image for approximately each 14 feet (about 4.2 m) or less of travel, which should be sufficient to identify the location at which the stray voltage was detected.

The video images may all be recorded (stored) or only selected images may be recorded. In some embodiments, video images are stored in a video frame data buffer having a capacity to store a number of frames of video data for a set period of time. As each new frame is stored, the oldest previous frame is lost. Thus, the video data buffer contains video frames for the most recent period of time. In some embodiments, a "frame grabber" card, in the form of a PCMCIA card or an internal card, may be employed to synchronize electric field data sensed by DSU **110** with processed video data from ISU **106**.

Upon detection of a stray voltage, the operator can cause the video images to be stored in a more permanent memory, or in another buffer, e.g., by activating a "Capture" function of computer **136**, whereby the video of the scenes to the left and to the right of the vehicle over a thirty second period including the time at which the stray voltage was detected are stored and may be reviewed at the operator's convenience, e.g., either at that time or at a later time. Such storing action may be provided by inhibiting the video buffer from accepting additional frames of video data, thereby freezing the data then stored therein, or may be by transferring the data then stored in the video buffer to another memory device, such as the hard drive of computer **136** and/or a removable memory, e.g., a floppy disk, a CD ROM disk, a thumb drive, a memory card, a memory stick, or the like.

In some embodiments, in addition to storing the video images, the audio tones produced by the sensor system **100** (and/or data representing the tones), the GPS location data, the wheel speed sensor **144** data, or a combination thereof, are stored so that the video images may be reviewed in synchronism with the detection tone (and/or data representing the tone) and the GPS location to allow a user/operator to more accurately locate where the stray voltage was detected. For example, upon play back of the video data, the GPS location information may be displayed and/or the audio tone may be reproduced, so that the operator can accurately locate the source of the stray voltage. Control thereof may by icons and other controls provided by a graphical user interface (GUI) **138** of computer **136**, such as described below with respect to FIGS. **10-21**. Playback of the synchronized stored data may also be utilized for training personnel in operation of sensor system **100**.

In some embodiments, the sensor system **100** may further comprise a transceiver component **148** configured to transmit and receive data transmissions to and from remote transceivers. For example, transceiver component **148** may be a transceiver of the type that is compatible with Wi-Fi standard IEEE 802.11, BLUETOOTH™ enabled, a combination of local area network (LAN), wide area network (WAN), wireless area network (WLAN), personal area network (PAN) standards or any other suitable combination of communication means to permit transmission of data. For example, transceiver component **148** may be a BLUETOOTH™ enabled device, thereby providing a means for communicating stray

**12**

voltage related information between sensor system **100** and a remote device, such as a personal digital assistants (PDAs), cellular phones, notebook and desktop computers, printers, digital cameras or any other suitable electronic device, via a secured short-range radio frequency. Thereafter, a utility member equipped with the remote device configured to receive the stray voltage related communication may be dispatched to a site determined to have a potential stray voltage anomaly for purposes of neutralizing the anomaly. It should be noted that the aforementioned are provided merely as exemplary means for wireless transmission of stray voltage related data. Other suitable wireless transmission and receiving means may be employed in the present invention.

The computer **136** or other suitable computing system may provide a GUI **138** for an operator to control the operation of sensor system **100**, particularly measurement and processing components associated with DSU **110**, and to monitor electric field data as measured. For example, an operator may adjust the values of the constants and scaling factors utilized in the detection and averaging processing for producing an audible alarm (described in detail below). The computer **136** may also provide a convenient means for storing a record or log of the measured field and location (GPS) data for subsequent review and/or analysis, as might be desired for determining when and where a stray voltage anomaly existed.

GUI **138** receives data, directly or indirectly, from various components described in conjunction with sensor system **100** and, accordingly, displays them to the operator for purposes of controlling and monitoring the detection of stray voltage anomalies present in patrolled areas. GUI **138** may be a video based interface having a video display. The data provided to GUI **138** provides the interface operator with an opportunity to visually monitor and analyze incoming data measured by a stray voltage detection system on the video display.

FIG. **3** is a schematic diagram of a DSU **110** in accordance with some embodiments of the present invention. In some embodiments, such as where the DSU **110** does not have access to a ground reference, the DSU **110** may use a differential sensor. DSU **110** may comprise two spaced-apart metalized plate electrodes **110x-110x** (electrode pair **110x**), separated by an insulating structure **302x**. The insulating structure **302x** may be rigid so that vibration or other physical motion of the DSU **110** while in the presence of static and low frequency fields does not cause spurious output in the 60 Hz frequency region. The electrodes **110x-110x** may be connected to an amplifier **304**. In some embodiments, the amplifier **304** is a high input impedance amplifier (e.g., about 60 Tera-ohms). Sensitivity of the DSU **110** is a function of the size and separation of the plate electrodes.

The efficiency and sensitivity of the DSU **110** may be negatively affected by interference from other electric fields. Interfering electric fields may be produced by other electrified devices, such as storefront signs, electronic devices, or the like. In addition, as people move about, e.g., as pedestrians, they tend to generate electric charges on their clothing. These interfering background electric fields caused by the electric charges associated with people typically occur in the DC to 20 Hz frequency range. The aforementioned potentially interfering electric fields may produce charges that can induce a voltage on the electrodes **110x-110x** of the DSU **110**, thus reducing the sensitivity of the DSU **110**. This problem may be mitigated by employing feedback in the amplifier **304** (i.e., the differential pre-amplifier discussed above) that reduces its sensitivity to low frequency fields without reducing the very high input impedance at 60 Hz that helps give the sensor system **100** its high sensitivity to 60 Hz fields.

13

FIG. **4** is a schematic diagram of a three-axis (tri-axial) DSU **110** in accordance with some embodiments of the present invention. A three axis arrangement may be employed to make X, Y and Z-axis electric field measurements simultaneously. The DSU **110**, depicted schematically in relation to a manhole cover MHC, comprises three pairs of spaced apart electrodes **110x-110x, 110y-110y, 110z-110z** (electrode pairs **110x, 110y, 110z**), of the sort shown in FIG. **2** arranged in three mutually orthogonal directions and each supported by an insulating structure **302x, 302y, 302z**. A high input impedance amplifier **304** may be associated with each pair of electrodes, and may be embodied in any arrangement of differential circuitry, of single ended circuitry, or a combination thereof, as may be convenient.

FIG. **5** is a schematic diagram of DSU **110** in accordance with some embodiments of the present invention. In some embodiments, DSU **110** may further comprise at least one pair (three shown) of electrically conductive auxiliary electrodes **500x-500x, 500y-500y, 500z-500z** (auxiliary electrode pairs **500x, 500y, 500z**) in addition to the electrode pairs **110x, 110y, 110z**. The auxiliary electrode pairs **500x, 500y, 500z** may be supported in a similar manner as the electrode pairs **110x, 110y, 110z** as described above. In some embodiments, auxiliary electrodes **500x-500x, 500y-500y, 500z-500z** may be planar and disposed generally parallel to each other and outboard of electrode pairs **110x, 110y, 110z** (further from the center of DSU **110**) along their respective axis.

The auxiliary electrodes **500x-500x, 500y-500y, 500z-500z** may be any shape or size suitable to allow for accurate measurements. In some embodiments, the auxiliary electrodes **500x-500x, 500y-500y, 500z-500z** may be smaller, the same size, or larger than the electrodes **110x-110x, 110y-110y, 110z-110z**. In some embodiments, the auxiliary electrodes **500x-500x, 500y-500y, 500z-500z** are about two times the size of electrodes **110x-110x, 110y-110y, 110z-110z**, and may be disposed to define a cube that is about two times as large as that of a cube defined by the electrode pairs **110x, 110y, 110z**. In some embodiments, auxiliary electrodes **500x-500x, 500y-500y, 500z-500z** may be positioned generally parallel to electrodes **110x-110x, 110y-110y, 110z-110z**, respectively.

In some embodiments, for example where electrode pairs **500x, 500y, 500z**, are utilized, the electrode pairs **500x, 500y, 500z** are electrically floating, i.e. they are not electrically connected to any of electrode pairs **110x, 110y, 110z**, or to DSU **110** or sensor system **100**. When not electrically connected, auxiliary electrode pairs **500x, 500y, 500z**, may alter the electric field, but do not unacceptably affect the sensing thereof by electrode pairs **110x, 110y, 110z**.

In some embodiments, when it is desired to confine or to direct the sensitivity of the electrode pairs **110x, 110y, 110z**, in a particular direction, then one or more of auxiliary electrodes **500x-500x, 500y-500y, 500z-500z**, are connected to one or more other auxiliary electrodes **500x-500x, 500y-500y, 500z-500z**. One such connection is to make an electrical connection between the auxiliary electrode pairs **500x, 500y, 500z** that are on the same axis.

In some embodiments, for example, when a high voltage source is overhead, as where high tension electrical power distribution lines are overhead, the auxiliary electrodes **500z-500z**, which are spaced apart along the Z (or vertical) axis, may be connected together while making lateral (i.e. fore-aft and left-right) field measurements. As a result of this connection of auxiliary electrodes **500z-500z**, vertically oriented fields, or at least primarily vertically oriented fields, from overhead sources are kept from leaking into or causing signal output on the X and Y axis electrode pairs **110x, 110y**, or at least the effect of such vertically oriented fields on the X and

14

Y axis electrode pairs **110x, 110y** is substantially reduced. In addition, the pair of auxiliary electrodes **500z** may be connected to a reference point, or to a ground, if available. Alternatively, any auxiliary electrode pair **500x, 500y, 500z**, may be connected together to similarly alter directional sensitivity.

In some embodiments, for example, when a high voltage source is alongside, as where high tension electrical power distribution equipment is nearby and close to ground level, the two pair of auxiliary electrodes **500x** and **500y**, which are spaced apart along the X and Y (or lateral) axes, may be respectively connected together while making vertical (i.e. Z axis) field measurements. As a result of these connections of auxiliary electrode pairs **500x, 500y**, laterally oriented fields, or at least primarily laterally oriented fields, from ground-level sources are kept from leaking into or causing signal output on the Z axis sensor electrode pair **110z**, or at least the effect of such laterally oriented fields on the Z axis sensor electrode pair **110z** is substantially reduced. In addition, and optionally, the pairs of auxiliary electrodes **500x, 500y** may be connected to a reference point, or to a ground, if available. Alternatively, any two pair of auxiliary electrodes **500x, 500y, 500z**, may be connected together to similarly increasing directional sensitivity.

In some embodiments, for example as depicted in FIG. **6**, auxiliary electrodes **500x-500x, 500y-500y, 500z-500z**, may be selectively connectable to each other by switches S1x, S1y, S1z, respectively. The switches S1x, S1y, and S1z are sufficient to provide the desired respective selectable switching function for auxiliary electrode pairs **500x, 500y, 500z** so as to enable the selective directing of the sensitivity of the electrode pairs **500x, 500y, 500z**, respectively. Control of switches S1x, S1y, S1z may be effected using computer **136** via DPS **112**, by activating respective toggle-type commands using GUI **138** of computer **136**, although other control arrangements may be employed.

In any of the embodiments described above, any electrode pairs **110x, 110y, 110z** utilized may be connected to a common reference point, which could be ground, if a ground is available, or could be a power supply line or a power supply common line or could be a vehicle structure. The common reference may be any reference point that is likely to be relatively fixed in potential relative to the potentials utilized by sensor system **100**.

While the foregoing describes an embodiment comprising having six (three pair of) electrodes **110x-110x, 110y-110y, 110z-110z**, and six (three pair of) auxiliary electrodes **500x-500x, 500y-500y, 500z-500z**, such is not necessary. Typically any number of pairs of auxiliary electrodes that is less than or equal to the number of pairs of electrodes may provide a useful arrangement, and a greater number of auxiliary electrodes could be provided. For example, in a circumstance where the vertical field sensing electrodes **110z** are omitted, it may be desirable to retain auxiliary electrodes **500z** for directing the sensitivity for sensing non-vertical fields.

FIG. **7** is a schematic diagram of a tri-axial DSU **110** mounted in a radar dome (radome) arrangement in accordance with some embodiments of the present invention. The electrodes **110x-110x, 110y-110y, 110z-110z** may be positioned as if on the six surfaces of a cube, or may be supported by a cube-like structure **702**. In addition, the cube-like structure may be additionally supported by a support structure **704**. The cube-like structure **702** and support structure **704** may be constructed of any suitable material that would provide structural support and not interfere mechanically or electrically with the DSU **110**. For example, the cube-like structure **702** or support structure **704** may comprise an insulating material, a dielectric plastic (e.g. PVC), Styrofoam™, urethane foam,

US 8,482,274 B2

15                                                      16

wood, plywood, or the like. The support structure **704** may be employed to suspend the cube a sufficient distance from the vehicle carrying the DSU **110** or the ground surface so that the effects of movement of the cube, e.g., due to vehicle movement, surface (pavement) irregularities, vehicle suspension motion, and/or cube support movement, is relatively small relative to the distance from the vehicle and from the ground.

FIGS. **8-8**A are schematic diagrams of an isometric view and a top view of a tri-axial DSU **110** mounted in a radome arrangement in accordance with some embodiments of the present invention. DSU **110** comprises four sides **832** joined at corners of a cube. Each of sides **832** is trapezoidal in shape comprising a square portion defining one side of a cube and a contiguous triangular portion **833** that serves as a stiffening member in conjunction with base **834** to which sides **832** are fastened. Base **834** is a square having a side length substantially the tip-to-tip dimension of adjacent sides **832**, with the tips at the corners of base **834**. A square top **838** is fastened to sides **832**. Internal to DSU **110** are a pair of substantially rectangular stiffeners **836** that intersect substantially perpendicularly and are fastened at the mid-lines of respective sides **832**, and to base **834** and top **838**. Additional stiffeners **839** may be provided at the corners of DSU **110** at an angle inside the corners defined by stiffeners **833** and their respective adjacent sides **832**.

In the embodiments described above with respect to FIGS. **7** and **8**A-B, high input impedance amplifiers (not shown) associated with the three pairs of electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z may be disposed within the cube defined by electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z.

While a cubical arrangement of electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z have been described above, other non-cubical arrangements may be employed, e.g., a rectangular solid or a spherical arrangement. Likewise, while square electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z are shown, electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z may be circular or rectangular or hexagonal or any other suitable shape.

In some embodiments, such as depicted in FIG. **9**, the DSU **110** may be mounted on a support frame base **902** that is mounted to a vehicle, such as directly to a car or truck, or to a wheeled trailer **904** capable of being towed by a vehicle. The support frame base **902** may be constructed of any suitable material that would provide structural support and not interfere mechanically or electrically with the DSU **110**, such as an insulating material, a dielectric plastic (e.g. PVC), wood, plywood, or the like. In some embodiments, the support frame base **902** may be constructed of wood to provide for a rigid structure, while also providing damping so that resonances near 60 Hz may be avoided. In some embodiments, other insulating materials may be employed consistently with the high-input impedance of differential pre-amplifiers for electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z.

The support frame base **902** may comprise a compartmented frame **962** having a top and bottom faces which can be filled with ballast. The compartmented frame **962** may be filled with a sufficient amount of ballast to approach the load weight limit for the trailer **904**, e.g., about 100 pounds below the weight limit, so as to reduce the natural frequency of the trailer **904** and its suspension. In some embodiments, support frame base **902** is mounted to the bed of trailer **904** by four optional vibration isolators **966** located respectively at each of the four corners of support frame base **902** so as to reduce the natural frequency well below 60 Hz, e.g., to about 12.5 Hz.

In some embodiments, support frame base **902** is mounted directly to the bed of trailer **904** and DSU **110** is cantilevered behind trailer **904** on a support structure **906** comprising at least one outrigger (two shown) **942** that extend rearward so that DSU **110** is positioned behind the trailer **904**. In some embodiments, DSU **110** may be positioned sufficiently enough away from the trailer **904** as to eliminate or reduce interference from metal surfaces or electrical sources on the trailer **904**. In some embodiments, DSU **110** is positioned from about 0.9 to about 1.6 meters (about 3 to about 5 feet) from the from the rear of support frame base **902** and trailer **904**, and about 0.9 to about 1.6 meters (about 3 to about 5 feet) above the ground (e.g., pavement).

Outriggers **942** may further comprise at least one (two shown) transverse members **944** to provide additional strength. Rearward portions of trailer **904**, such as the rear cross member, may be removed to further separate DSU **110** from metal that could distort the field being sensed.

In some embodiments, either fixed outriggers or telescoping or other form of collapsible outrigger or extension could be employed so that the DSU **110**, may be moved closer to the vehicle (i.e. stowed) for transit and farther from the vehicle (i.e. deployed) for operation to facilitate adjusting the sensitivity of DSU **110**.

While a vehicle-borne sensor system **100** is described, it is contemplated that apparatus employing the arrangements and methods described herein may be provided in a case or backpack that could be carried by a person. In such embodiments, computer **136** may be a personal digital assistant or other small device.

FIGS. **10-21** illustrate exemplary displays that may be provided on video display of GUI **138** for monitoring and controlling the operation of sensor system **100**, in accordance with some embodiments of the present invention. To best understand the invention, the reader should refer to FIGS. **10-21** simultaneously.

As previously described, GUI **138** may be provided on a computer **136**. Upon start up of GUI **138** of sensor system **100**, for example, by selecting or clicking an icon displayed on the "desktop" provided on a monitor display of a computer **136**, a computer program for providing GUI **138** will initialize a main display **1000**, as illustrated in FIG. **10**. The GUI **138** may run on a computer **136** running any suitable operating system, such as Microsoft Windows®, Linux®, Ms-Dos®, Mac Os®, or the like, for providing visual or audible information regarding the sensing of stray voltage anomalies in an electric field relative to a user selected manual threshold value or an automatically determined threshold value.

Main display **1000** provides an interface user with a real-time monitoring environment of the area being patrolled for stray voltage anomalies. Main display **1000** may be comprised of a video display **1002** and a control panel **1004**. Real-time electric field measurements and video frames of the patrolled environment may be provided in video display **1002**, which is supplemented with a graphical plot having an x-axis **1002**x indicative of the linear distance traveled by the patrol vehicle versus a y-axis **1002**y indicative of the signal strength of the measured electric field associated with various locations of the patrol vehicle. In order to initiate the detection and monitoring system of sensor system **100**, the interface user may select a run command option **1006** provided on main display **1000**.

Run command option **1006**, when selected, will prompt for information to be entered in an initial identification screen. The initial identification screen may be, for example, system login display **1100** of FIG. **11**. System login display **1100** may request an the interface operator to provide a username in field **1102**, a patrol vehicle name in field **1104** and a patrol vehicle number in field **1106** for purposes of authorizing

US 8,482,274 B2

17

access to the operational and monitoring controls of sensor system **100**. When the required information has been provided by the interface operator in fields **1102**, **1104** and **1106**, the interface operator may then select login command option **1108** to proceed with system verification of authorized access to sensor system **100**. Similarly, the interface operator may select cancel command option **1110** to terminate login procedures for sensor system **100**.

Upon a successful login at display **1100**, data sampling is initiated and main display **1000** is populated with sensor data, as illustrated in the main display **1000** of FIG. **12**. Sensor data is provided on video display **1002**, which may be provided in a split screen format for displaying multiple video image frames (one from each camera). Multiple split screen views **1202**, **1204** may display video image frames received from one or more cameras contained in the ISU **106**. For example, as described above with respect to FIG. **1**, a patrol vehicle may be equipped with two cameras positioned on opposing sides for providing corresponding video image frames from both sides of the patrol vehicles path of travel. Although main display **1000** of FIG. **12** is shown with two split screens **1202** and **1204**, additional split screens may be incorporated into video display **1002** to facilitate the utilization of more than two cameras.

Three plot lines, a raw electrical field measurement plot **1206**, an adaptive threshold plot **1208** set relative to the local ambient or background noise level and a smoothed plot **1210** are provided in conjunction with the graphical plot overlaid on the video image frames displayed on video display **1002**. Adaptive threshold plot **1208** is generated from data gathered before and after the raw voltage was sensed by the DSU **110**. Smoothed plot **1210** is a smoothed version of raw electrical field measurement plot **1206** that has been filtered to remove spurious content. A potential stray voltage is indicated when smoothed plot **1210** exceeds adaptive threshold plot **1208**.

Control panel **1004** of main display **1000** provides the interface operator with a plurality of monitoring and control options. An enlarged view of control panel **1004**, as illustrated in FIG. **12**, is provided and described with respect to FIG. **13**. Control panel **1004** may include a system monitor indicator **1302**, an audio threshold indicator **1304** and an audio snooze indicator **1306**. In addition, a clear command option **1308**, a suspend command option **1310**, a preferences command option **1312**, an event capture command option **1314** and a stop command option **1316** are provided to the interface operator in control panel **1004**. Control panel **1004** may also provide information in a latitude display **1318**, a longitude display **1319**, an address display **1320**, a signal strength display **1322**, a speed display **1324** and a time stamp display **1326**.

Indicators **1302**, **1304** and **1306** may be visual indicators, configured to change color or blink upon satisfaction of pre-programmed criteria. System monitor indicator **1302** may be a green color when operating within system specifications. When a problem is detected in connection with GUI **138**, system monitor indicator **1302** may turn yellow to notify the interface operator that there exists a problem, such as, lack of a GPS signal. In this case, no latitude, longitude or address information may be shown, respectively, in displays **1318**, **1319** and **1320**. Another potential trigger indicative of a problem is lack of video or electric field measurement data, wherein there would be no video image frame or measurement readings on video display **1002**. Other potential problems that may trigger indicator **1302** may be depleted disk space for recording captured events (described in detail below) or loss of communication between DPS **112** and GUI **138**.

18

Generation of an audible tone output signal having a pitch that is proportional to the signal strength of the measured electric field may be provided as a tool in conjunction with the monitoring capabilities provided in GUI **138** to aid the interface operator in determining the source and potential danger of stray voltage anomalies. In some embodiments, the audio threshold value is indicative of the minimum voltage level required to trigger an audible notification tone. For example, an optimum audio alert value for identifying stray voltage anomalies, while minimizing the number of false detections, may be preset as a default value. Default settings may be represented by audio threshold indicator **1304** being, for example, a green color.

However, the interface operator may adjust the default threshold settings provided in connection with the audible notification tone if an excess amount of background noise interferes with accurate or efficient notifications. By selecting preferences command option **1312** provided on control panel **1004**, the interface operator could be provided with a preferences display **1400**, as illustrated in FIG. **14**, for modifying values associated with the audible tone. Therein, the interface operator could raise the threshold value, using audio threshold increase button **1402** and decrease button **1404**, to minimize or eliminate false audible tones being generated due to a noisy environment in a patrolled environment. Any changes made to the default audible threshold value in preferences display **1400** may be represented by audible threshold indicator **1304** on control panel **1004** turning yellow. The change in color informs the interface operator that the audible notification tone is operating according to user defined values, not system defined default values.

Additional features that may be provided in preferences display **1400** of FIG. **14**, may be an audio snooze time option **1406**, an x-axis toggle switch **1408**, a y-axis toggle switch **1410**, a trace option **1414** and a DSP string option **1416**. Audio snooze time option **1406** specifies in seconds how long audio alerts are suspended when a snooze button **1306** is pushed. Snooze button **1306** may be green when default values are provided in the display of snooze time option **1406** of preferences display **1400**. However, similar to audio threshold indicator **1304**, snooze button **1306** may also include a color indicator that changes, for example, to yellow when the default snooze time has been changed in preferences display **1400**. Toggle switches **1408** and **1410** permit the interface operator to adjust, respectively, the scale used in x-axis **1002**x, which measures in feet the distance traveled since the last event capture, and y-axis **1002**y, which measures in decibels the electric field signal strength, on video display **1002**. Trace option **1414**, when selected, allows for the logarithmic scaling of all y-axis **1002** values in order to ensure that values are easily readable and that entire plot lines appear within video display **1002** of main display **1000**. DSP string option **1416** may be provided as a means for displaying processing related data, when selected, to troubleshooting sensor system **100**.

Default values for system preferences identified in display **1400** may be restored by selecting a restore defaults command option **1418**. Otherwise defined preferences may be saved and executed by selecting an "OK" command option **1420**. Alternatively, if the interface operator decides not to make any changes, then a "CANCEL" command option **1422** may be selected. Selection of either command option **1420** or **1422** will return the interface operator to display **1000**.

As the patrol vehicle traverses through an environment, streaming synchronized data of the electric field strength overlaid on the corresponding video frames of the scene being traversed at the time of measurement may be displayed to the

interface operator on video display **1002** of main display **1000**. In addition, corresponding latitude and longitude information related to the patrolling vehicle is received by GPS receiver **142** and provided, respectively, to display fields **1318** and **1319**. An address corresponding to the latitude and longitude readings provided in display fields **1318** and **1319** may also be provided in display field **1320**. A signal strength value may be provided in display field **1322**. The speed of the patrol vehicle may be presented in display field **1324**, along with a current data and time stamp in display field **1326**. The interface operator may temporarily suspend data sampling at any time by selecting a suspend command option **1310**, clear received data by selecting a clear command option **1308** or exit GUI **138** system entirely by selecting a stop command option **1316** provided on control panel **1004** of main display **1000**.

As the interface operator monitors the incoming streaming data on video display **1002**, he/she is also presented with a variable-pitch alert that is configured for alerting the interface operator of detected fluctuations and/or spikes in measured electric field readings that exceed a defined threshold. Therefore, when a potential anomaly is detected, represented for example by a rise-peak-fall in the alert pitch, a corresponding visual spike in raw voltage plot **1206**, a high signal strength value in signal strength display field **1322** or a combination thereof, interface operator may select an event capture command option **1314** for purposes of gathering additional information to review the potentially detected stray voltage anomaly. Therefore, when the interface operator selects event capture command option **1314** on control panel **1004** of main display **1000**, he/she may be presented with a data collection display **1500** and a event capture display **1600** illustrated, respectively, in FIGS. **15** and **16**. Data collection display **1500** prompts the interface operator to continue driving the patrol vehicle for a predefined distance (e.g., an additional **40** feet after selection of event capture command option **1314**) in order to collect enough data sampling information to fully analyze the background noise associated with the captured event. A progress bar **1502** may be provided in display **1500** to inform the interface user of the remaining distance of travel required. Upon completion of the additional information collection process, represented by progress bar **1502**, the interface operator may stop the collection of streaming data by GUI **138** and proceed to event capture display **1600** for analyzing the captured event. The collection of streaming data may be stopped or paused by stopping the patrol vehicle. Alternatively, collection of additional information pertaining to the captured event may be optionally terminated earlier, through selection of a cancel command option **1504**, to permit the interface operator to proceed to review the captured event on event capture display **1600** without collection of additional information.

After driving the additional distance prompted by display **1500** and stopping the patrol vehicle, processing of data related to the event capture may be processed (e.g. by DSU **110**) and a second distinctive alert tone (e.g., a chime-like sound) may be presented to the interface operator if it is determined that the processed captured measurement is not a false alarm. Thereupon, the interface operator could further examine the potential detected anomaly in event capture display **1600**, as illustrated in FIG. **16**. Similar to main display **1000**, event capture display **1600** provides a video display **1602** and a playback control panel **1604**. Scene scroll tabs **1603**a and **1603**b may be provided on opposing sides of display **1602** to permit the interface operator to view captured video images and their corresponding electric field measurements throughout various positions traversed by the patrol

vehicle. Event capture display **1600** may also provide a pinpoint indicator **1601** that may be positioned on any part of the video display **1602** to display data and video for a different location. Data displayed in playback control panel **1604** (described below) corresponds to the applied position of indicator **1601**. For example, if the interface operator would like to view measurement and video data associated with a position **225** feet prior in motion, the interface operator could use scene scroll tabs **1603**a and **1603**b to move pinpoint indicator **1601** to the desired location on video display **1602**.

Event capture display **1600** allows the interface operator to more closely examine potentially detected anomalies by providing playback analysis of the captured event. More specifically, the interface operator may compare raw voltage plot **1206** and adaptive threshold plot **1208** to assist in identifying the object displayed in the corresponding image frame that is most likely to be the source of the anomaly. In event capture display **1600**, the three plot lines may be aligned to permit the interface operator to look for points where smoothed plot **1210** exceeds adaptive threshold plot **1208**. This indicates that there exists a spike above the averaged background noise and, therefore, the existence of an anomaly.

Enlarged views of a detected stray voltage anomaly as it may be provided on video display **1602** of event capture display **1600** of FIG. **16** is illustrated in conjunction with FIGS. **17**-**18**. In FIG. **17**, pinpoint indicator **1601** is positioned near the peak of spike in raw voltage plot **1206**. All related sensor data related to this particular position is provided to the interface operator on playback control panel **1604**. As can be seen near the spike in raw voltage plot **1206**, smoothed plot **1210** exceeds adaptive threshold plot **1208**, indicative of a potentially dangerous anomaly in the captured scene. When pinpoint indicator **1601** is positioned over the peak of a spike, the object most centered in a video frame on video display **1602** is likely the source of the detected anomaly. An isolated enlarged view, as illustrated in FIG. **18**, of the video image frame shown on video display **1602** of event capture display **1600** may be provided, wherein it can be seen that an object **1800** most centered in the video frame is likely the source of the detected anomaly. The video image frame may be isolated and enlarged by selecting a full screen command option **1906** (described below with respect to FIG. **19**) from playback control panel **1604**.

An enlarged view of event capture control panel **1604** is illustrated in FIG. **19**. Event capture control panel **1604** is comprised of a play command option **1902**, a pause command option **1904**, a full screen command option **1906**, a preferences option **1908** and a main display option **1910**. Play command option **1902** may allow the interface operator to play a video clip selected from a saved events section **1916**. Similarly pause command option **1904** may allow the interface operator to pause playback of the video clip selected from saved events section **1916**. Full screen command option **1906** may allow the interface operator to toggle between full-sized video images and regular-sized video images provided. Preferences command option **1908** may provide the interface operator with additional playback and review options not shown on playback control panel **1604**. For example, command option **1908**, when selected, may provide preferences related to wireless communication of captured events to dispatch a remote crew. Main display option **1910** may allow the interface operator to return to main display **1000**. A disable plotting option **1912** may also be provided, wherein the plots may be removed for a clearer view of scene objects displayed on video display **1002** when option **1912** is selected.

**21**

Once a detected stray voltage anomaly has been confirmed by the interface operator and an object has been determined to be the likely source of the anomaly, the interface operator may then proceed to record object related information in an objects section **1918** of playback control panel **1604**. FIG. **20** provides an enlarged view of objects section **1918**. An environmental object or infrastructure name may be listed in a predefined objects scroll menu **2002** or may be defined by the interface operator using an object identification field **2004**. The interface operator may then add the object identified in predefined objects scroll menu **2002** or object identification field **2004** to a selected object field **2008** using, respectively, an add command option **2006** or an add command option **2003**. An added object identified in selected object field **2008** may also be removed by selecting a remove command option **2007**. Additional notes, comments and instructions may be provided by the interface operator using a comments field **2010**. For example, the interface operator may identify a lamp post, in selected object field **2008**, as the potential source of a detected stray voltage anomaly and instruct, in comments field **2010**, the need for a utility crew to be dispatched immediately to the site to neutralize the source. In addition, GUI **138** is configured so that if multiple objects are determined to be present in a scene where an anomaly was detected, the interface operator may identify the multiple objects in selected object field **2008**. The interface operator may then select a save event command option **1914** to record the identified object source of the anomaly, associated comments regarding the anomaly and anomaly location information for future reference and analysis of the captured anomaly event in the saved event section **1916**. Thereafter, the interface operator may return to main display **1000**, via command option **1910**, and restart movement of the patrol vehicle to restart data sampling of the scene being traversed.

FIG. **21** is an enlarged view of the saved events section **1916**. Captured events that have been previously saved by the interface operator may be viewed in the saved events section **1916** by selecting a saved event file from the event listing **2102**. To open a saved event provided in event listing **2102**, the interface operator, or any other applicable user, may select the desired event and then select a load event command option **2104**. When the desired event is loaded, display **1600** is populated with all data related to the selected event (e.g., location information, object identification, comments, captured video image frame and corresponding measurement data). To play the video associated with a loaded event, the interface operator may move the pinpoint indicator **1601** to the desired starting location on video display **1602** in which he/she wishes to begin viewing and select play command option **1902**.

Information that has been populated, for example, into objects section **1918** may be edited. For instance, if it is determined that an object previously identified as the source of a stray voltage anomaly is not indeed the source of the anomaly, selected objects field **2008** may be edited using commands **2006** and **2007** to, respectively, add a new source and remove the inaccurate source. Once changes have been made, the interface operator may select an update command option **2106** to have the new information saved in connection with the previously saved event.

When an event is saved, GUI **138** may be configured to generate a database entry for the saved event and create separate files for video and corresponding sensor related data. For example, GUI **138** may be configured to create an AVI file for storing video images and an XML file for storing all other sensor related data. These files may be saved on a hard disk (e.g., memory component) and retrieved when the corre-

**22**

sponding event is selected and loaded using playback control panel **1604** on event capture display **1600**. If it is determined that saved events are no longer needed or have been archived elsewhere, or alternatively, if additional storage space is needed, the interface operator may delete using command options **2108** and **2110** provided on saved events section **1916** of playback control panel **1604**.

An illustrative depiction of the general steps employed in use of GUI **138** of sensor system **100** for monitoring and controlling the detection of a stray voltage anomaly is described with reference to the flowchart of FIG. **22**. As previously described, the monitoring of streaming data displayed on video display **1002** of GUI **138** is initiated, at step **2202**, by providing user login information at step **2204**. If the login information provided at display **1100** of FIG. **11** is determined to be for an authorized user, then GUI **138** may begin to sample data and provide a visual output of streaming data, at step **2208**, on main display **1000**, which may be driven by movement of the patrol vehicle equipped with sensor system **100**.

GUI **138** of sensor system **100** may audibly, via a variable-pitched alert tone, and visually, via a spike in plots provided on graphical video display **1002**, prompt the interface operator upon detection of a stray voltage anomaly at step **2210**. When initial detection of a potential anomaly is detected at step **2210**, interface operator may decide to capture the event by selecting event capture command option **1314** provided on control panel **1004** of main display **1000** at **2214**. In response to the user initiated instruction to capture an event, additional processing may be executed to collect additional information about the captured event and an additional alert notification may be provided to the interface operator at **2216**, indicating to the interface operator that the subsequent processing of the captured event is likely a stray voltage anomaly.

Playback controls are provided to the interface operator, at step **2218**, via control panel **1604** on event capture display **1600** of FIG. **16**. After the interface operator has had an opportunity to review information related to the captured event, as well as identify the source emitting the stray voltage anomaly, he/she may record the event at step **2220**. Thereafter, the interface operator may elect to resume data sampling of the area being patrolled at **2224**, thereby reinitiating the receipt of streaming data at main display **1000**. GUI **138** may go into a standby mode, at step **2226**, if no action is taken after a predetermined amount of time or, alternatively, if the interface operator elects to suspend data sampling by selecting, e.g., suspend command option **1310** on control panel **1004** of main display **1000**.

FIGS. **23** and **23**A are graphical representations of a theoretical electric field profile and a measured electric field profile, respectively. The abscissa thereof represents distance x (in arbitrary units) and the ordinate thereof represents normalized electric field as a function of distance $F(x)$.

The output signal from DSU **110** described herein may contain a considerable amount of noise due to detection of background 60 Hz electric field. Due to the motion of DSU **110** in this background field, the amplitude of the background noise signal produced thereby is constantly changing, even when the strength of the background electric field is constant. Further, movement of the DSU **110** in any electric field (even a static field, such as one generated by the air flow over the surface of a vehicle tire) results in modulation of such field and, in general, in the generation of a phantom 60 Hz signal. Under such circumstances, discriminating between a legitimate stray voltage electric field and background noise becomes difficult and requires prolonged training of the

US 8,482,274 B2

23

operator, combined with a high level of operator concentration during the operation of the equipment.

A method for automatically discriminating between a legitimate stray voltage signal and background noise can supplement the processing and reduce the stress imposed on the operator. The method described is based on Coulomb's law, which states that the magnitude of the electric field of a point charge is directly proportional to the charge (Q) and indirectly proportional to the square of distance (r) from the point charge: $E=kQ/r^2$, wherein proportionality is indicated by a selectable constant (k).

Considering the geometry, where the DSU **110**, passes the point charge on a straight line at a minimum distance of R (either directly above the point charge or on the side of the charge or both), the electric field magnitude as a function of distance x from the closest approach (x equals 0) is given by: $E(x)=kQ/(R^2+x^2)$.

Qualitatively, the theoretical electric field profile F(x) as the DSU **110** passes by is depicted in FIG. **22** and is in very good agreement with actual measurements of electric field profile F(x) as shown in FIG. **23**A that were made using a DSU **110** as described herein.

Although the location of the source of a stray voltage anomaly or condition is not known, the characteristic of the observed electric field variation F(x) in time remains the same and thus, if it is normalized with respect to time and amplitude, it can be discriminated from other temporal signal fluctuations (noise). Normalization in time is accomplished by varying the rate at which the Fast Fourier Transform (FFT) of the sensed electric field is re-performed as a function of the lateral speed of the DSU **110**, e.g., the speed of the vehicle on which DSU **110** is mounted. Normalization in amplitude is accomplished by observing the ratio between the amplitude of a fresh sample of the sensed electric field and a running average from the amplitudes of all past samples thereof.

Specifically, normalization in time is accomplished by varying the frequency at which the FFT is performed, such as performing one FFT per unit of travel of the DSU **110**. For example, one FFT could be performed per every unit of distance (e.g., a foot or meter) of travel, e.g., as measured by the wheel speed sensor **144** sensing wheel **146** rotation or by a distance measuring wheel. Preferably, the time period between FFT sampling should be rounded such as to be an integer multiple of the period of the monitored electric field signal (in this example, an integer multiple of 1/60 sec. for a 60 Hz signal).

FIG. **24** is a schematic flow diagram illustrating a method **2400** for obtaining a running average (termed FLOAT) and alarm trigger (ALARM=1), in accordance with one embodiment of the present invention. A running average is difficult to calculate on a sample with an open ended number of data points, and calculating an average from the last N samples may not be satisfactory unless the number N is very large, which can impose undue demands on DSP **124** and memory **126**. Instead, a modified running average algorithm may be employed and is described in relation to the algorithm flowchart shown in FIG. **24**, which also illustrates the conditions for activating the alarm condition (ALARM=1).

Method **2400** starts at **2402** with an initialization **2404** of time t, an average, represented by FLOAT(t), and the alarm value ALARM. For each time t thereafter (referred to as a "fresh time"), the time value or sample rate is updated **2406** by an increment value S that is related to speed, e.g., the output of wheel speed sensor **144**. For example, the interval S may correspond to a ¼ revolution of wheel **146**, e.g., four detections per wheel revolution. Thus, if the vehicle carrying system **100** moves faster, then the sampling time t=t+S

24

becomes shorter and the averages and processing occurs more frequently. Conversely, if the vehicle moves more slowly, then the sampling time increases. The processing interval may be thought of as being fixed in space, rather than in time. This variable time interval implements the processing of sensed voltage data as a function of the speed of sensor system **100** to produce signals of the sort illustrated in FIGS. **23** and **23**A.

When the probe is stopped, i.e. its speed is zero, no further calculation is made, which is not of concern because no additional voltage field data is being sensed that would need to be averaged. DPS **112** will continue to process stray voltage sensed by DSU **110** even if the DSU **110** is stopped. However, periodic comparisons **2408** of the present value of SIG 60 (t) could be made so that the alarm function **2410** remains operative in the event that a stray voltage appears during the time the DSU **110** is stopped.

For each fresh time t=t+S, the filtered and processed 60 Hz signal [SIG 60 (t)] produced by the Fast Fourier Transform described above is compared **2408** with the threshold above the previous average [THD*FLOAT(t−S)] of the previous time and if greater than or equal to the threshold (**2408**=YES), then the average [FLOAT(t)] is updated **2410** by adding the fresh value SIG 60 (t) adjusted by a weighting factor [K**1**] to the previous average [FLOAT(t−S)] and, because the threshold is exceeded, the alarm is set [ALARM=1] to cause an audible and/or visual alarm to be provided. If not (**2420**=NO), the fresh 60 Hz signal SIG 60 (t) is compared **2412** with the previous average [FLOAT(t−S)] and if greater (**2412**=YES), then the average [FLOAT(t−S)] is updated by adding the fresh value SIG 60 (t) adjusted by a weighting factor [K**2**] and the alarm remains not set [ALARM=0]. If not (**2412**=NO), the 60 Hz signal is compared **2416** with the previous average [FLOAT(t−S)] and if less (**2416**=YES), then the average [FLOAT(t−S)] is updated by subtracting the fresh value SIG 60 (t) adjusted by a weighting factor [K**3**] and the alarm remains not set [ALARM=0]. If none of the foregoing comparisons **2408**, **2412**, **2416** produces a YES condition, then the average [FLOAT(t)] remains **2420** the previous average [FLOAT(t−S)], alarm remains not set [ALARM=0], and the process is repeated (to **2406**) for the next time increment t+S.

The constants K**1**, K**2**, K3 and THD depend on the background noise characteristics, the desired sensitivity of the discrimination, and the level of tolerable false alarms. Because it is not desirable that the relatively higher values of SIG 60 (t) when a stray voltage exceeding threshold is detected (**2408**=YES) cause the average FLOAT (which may represent background signals and noise) to increase correspondingly, a relatively lower scaling factor K**1** is utilized under that condition. It also appears desirable that FLOAT increase less strongly for noise in excess of the average FLOAT than for noise less than the average FLOAT. Because large changes are weighted less than small changes, this selection of constants tends to produce a result that is akin to low-pass filtering, because the effect of large short-term changes is diminished. Analysis of available data suggests that values of weighting factors K1=0.002, K2=0.02, K3=0.04 and of the threshold factor THD=2.4 may be a reasonable starting point for an application involving sensing stray 60 Hz voltages in a utility service (e.g., street) environment.

FIG. **25** is a graphical presentation of an example of data produced by the method **2400** described in relation to FIG. **24**. The abscissa represents units of time t (or of distance) whereas the ordinate represents units of amplitude. Data points SIG 60 (t) represent the value of electric field sensed by DSU **110** versus time t as the sensor system **100** moves along

US 8,482,274 B2

25

a path. SIG 60 (t) exhibits a peak in the stray voltage in the region of values of about 60-100, and relatively low values both before and after the peak. The values of SIG 60 (t) are averaged (e.g., the FLOAT averaging as described above) and present as the graph line FLOAT which remains relatively low and stable (e.g., about 0.1 units) where no significant field is detected, but which increases in the region where a peak of the field SIG 60 (t) occurs. When the detected field value SIG 60 (t) exceeds the threshold, e.g., set at about 2.4 FLOAT, the high detected field value causes the alarm to change from no alarm [ALARM=0] to the alarm [ALARM=1] condition to produce an audio tone and/or visual indication thereof to the user.

As used herein, the term "about" means that dimensions, sizes, formulations, parameters, shapes and other quantities and characteristics are not and need not be exact, but may be approximate and/or larger or smaller, as desired, reflecting tolerances, conversion factors, rounding off, measurement error and the like, and other factors known to those of skill in the art. In general, a dimension, size, formulation, parameter, shape or other quantity or characteristic is "about" or "approximate" whether or not expressly stated to be such.

In addition to the embodiments described above, additional features may be provided, as desired. For example, a 60-Hz signal source located inside DSU 110 to couple a 60-Hz signal thereto could provide a self-test function, i.e when a self-test is performed by energizing the 60-Hz source. Sensor system 100 would then produce an audio indication, Log file, and/or other output, for a qualitative and/or quantitative test. Further, calibration and/or performance verification could be provided by DSU 110 and a commercially available accurate E-field measuring instrument at close range to a source of a relatively high field strength 60 Hz signal.

While the foregoing sensor, system, apparatus and method are described in terms of the 60 Hz electrical power system frequency common in the United States and other countries, the apparatus, arrangements and methods described herein are likewise applicable to the 50 Hz power systems of Europe and elsewhere, to the 400 Hz power systems for aircraft and other apparatus, to the 25 Hz power systems for transportation and other applications, and to power systems at any other frequency. Further, while the arrangement is often described in terms such as "stray voltage" and "voltage anomaly" and "stray voltage" field, it is noted that the electric field produced by the conditions so referred to is sensed and/or detected by the described arrangement.

While the foregoing is directed to embodiments of the present invention, other and further embodiments of the invention may be devised without departing from the basic scope thereof, and the scope thereof is determined by the claims that follow.

The invention claimed is:

1. A mobile apparatus mounted to a motor vehicle for detecting an electric field, comprising:

at least one sensor probe, coupled to an electrically non-interfering support frame mounted to the vehicle, that generates a signal corresponding to an electric field detected by the at least one sensor probe as the sensor probe moves past a plurality of conductive objects proximate a street, wherein the at least one sensor probe comprises two or more electrodes, and wherein the two or more electrodes are each separated by a rigid insulator;

a processor, coupled to the at least one sensor probe, that digitizes the signal to form electric field data represented as a plurality of time domain samples, produces field strengths of each of the at least one sensor probes using

26

the plurality of time domain samples, and analyzes the field strengths to identify a line frequency voltage anomaly in the electric field, wherein the electric field data is analyzed based on an expected frequency pertaining to the line frequency voltage anomaly and wherein the voltage anomaly is generated by leakage of electric power from a power grid to at least one energized object in the plurality of conductive objects proximate the street; and

an indicator, coupled to the processor, that alerts a user to a presence of the voltage anomaly in the electric field and indicates that at least one conductive object proximate the street is energized to a potentially harmful level.

2. The apparatus of claim 1, further comprising at least one analog to digital converter coupled to each of the two or more electrodes for digitizing electric signals received from the two or more electrodes representative of the electric field detected.

3. The apparatus of claim 1, further comprising:

at least one measuring device mounted to the vehicle for determining at least one of the location of the apparatus, a distance traveled by the apparatus, or a speed at which the apparatus is moving.

4. The apparatus of claim 1, wherein producing the field strengths further using the plurality of time domain samples further comprises:

using a Fast Fourier Transform at a rate that is a multiple of an expected frequency of the electric field to transform the plurality of time domain samples into at least one frequency domain sample.

5. The apparatus of claim 4, wherein the indicator is at least one of an audio or visual indicator and the audio indicator emits a variable pitched tone corresponding to a magnitude of the measured electric field.

6. The apparatus of claim 1, further comprising at least one camera for collecting video images of a patrolled area.

7. The apparatus of claim 1, further comprising a wireless transceiver for transmitting and receiving data to and from at least one remote device.

8. The apparatus of claim 1, further comprising a computer having a graphical user interface that displays electric field signal strength data, and analyzing and capturing a monitored event within the depicted electric field signal strength data.

9. The apparatus of claim 8, further comprising:

at least one camera, coupled to the computer, for collecting video images of a patrolled area, wherein the collected video images are displayed on the graphical user interface along with the display of the electric field signal strength.

10. The apparatus of claim 9, wherein the graphical display of data further comprises:

a raw electric field measurement plot;

an adaptive threshold plot; and

a processed electric field measurement plot.

11. The apparatus of claim 10, wherein the adaptive threshold plot is set relative to a local ambient or background noise level that is generated from data gathered prior to measurement of raw electric field data.

12. The apparatus of claim 10, wherein the graphical display of data further comprises:

an indicator to alert a user to the presence of a voltage anomaly in the electric field, wherein the voltage anomaly in the electric field is present when the processed electric field measurement plot exceeds the adaptive threshold plot.

US 8,482,274 B2

27

28

**13**. A method for detecting an electric field using a mobile apparatus mounted to a motor vehicle, comprising:

sensing an electric field using at least one sensor probe as the sensor probe moves past a plurality of conductive objects proximate a street, coupled to an electrically non-interfering support frame mounted to the vehicle, wherein the at least one sensor probe comprises two or more electrodes, wherein the two or more electrodes are each separated by a rigid insulator;

identifying a location of the at least one sensor probe;

digitizing electric signals representative of the electric fields sensed by the sensor probe to create data representing the electric fields as a plurality of time domain samples, and determines field strength of the at least one sensor probe using the plurality of time domain samples;

collecting data representing the electric field sensed by the at least one sensor probe;

processing the collected data, wherein the digitized electric signals within the collected data are averaged commensurate with a speed at which the at least one sensor probe is moving;

analyzing the collected data to identify a line frequency voltage anomaly in the electric field, wherein the voltage anomaly is generated by leakage of electric power from a power grid to an energized object; and

providing an indicator to alert a user to a presence of the voltage anomaly in the electric field indicating that at least one conductive object proximate the street is energized to a potentially harmful level.

**14**. The method of claim **13**, wherein the indicator is at least one of an audio or visual indicator.

**15**. The method of claim **13**, wherein processing the digitized electrical signals comprises using a Fast Fourier Transform at a rate that is a multiple of an expected frequency of the electric field.

**16**. The method of claim **15**, wherein processing the digitized electrical signals further comprises averaging the Fast Fourier Transformed digitized electrical signals at a rate that is representative of the speed at which the at least one sensor probe is moving.

**17**. The method of claim **15**, wherein processing the digitized electrical signals further comprises comparing the averaged Fast Fourier Transformed digitized electrical signals to a threshold value for providing an indication of the voltage anomaly in the electric field.

**18**. The method of claim **13**, further comprising:

storing at least one of the data corresponding to the electric field detected by the at least one sensor probe, data corresponding to the location of the at least one sensor probe, or data corresponding to the speed of which the at least one sensor probe is moving to a storage device.

\* \* \* \* \*

# EXHIBIT B

US008536856B2

(12) **United States Patent**
Kalokitis et al.

(10) Patent No.: **US 8,536,856 B2**
(45) Date of Patent: **Sep. 17, 2013**

(54) **APPARATUS AND METHOD FOR MONITORING AND CONTROLLING DETECTION OF STRAY VOLTAGE ANOMALIES**

(75) Inventors: **David Kalokitis**, Robbinsville, NJ (US); **Leonard Joshua Schultz**, Holland, PA (US); **Christos Alkiviadis Polyzois**, Bloomington, MN (US); **Vincent Paragano, Jr.**, Yardley, PA (US)

(73) Assignee: **Power Survey LLC**, Kearny, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/618,718**

(22) Filed: **Sep. 14, 2012**

(65) **Prior Publication Data**

US 2013/0010110 A1     Jan. 10, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/321,484, filed on Jan. 21, 2009, which is a continuation-in-part of application No. 11/551,222, filed on Oct. 19, 2006, now Pat. No. 7,486,081, and a continuation-in-part of application No. 11/224,909, filed on Sep. 13, 2005, now Pat. No. 7,248,054.

(60) Provisional application No. 60/728,168, filed on Oct. 19, 2005, provisional application No. 60/639,054, filed on Dec. 23, 2004, provisional application No. 60/641,470, filed on Jan. 5, 2005.

(51) **Int. Cl.**
*G01R 31/02*     (2006.01)

(52) **U.S. Cl.**
USPC ............. **324/72**; 343/713; 343/715; 324/457; 340/657

(58) **Field of Classification Search**
USPC ............................................ 324/72; 360/18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,309,690 A | | 3/1967 | Moffitt |
| 3,546,587 A | | 12/1970 | Turecek |
| 3,662,260 A | * | 5/1972 | Thomas et al. ................. 324/72 |
| 3,761,803 A | | 9/1973 | Slough |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 62103596 A | * | 5/1987 |
| JP | 2005274371 A | * | 10/2005 |

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Sep. 13, 2010 for PCT Application No. PCT/US2010/021653.

(Continued)

*Primary Examiner* — Melissa Koval
*Assistant Examiner* — Benjamin M Baldridge
(74) *Attorney, Agent, or Firm* — Moser Taboada

(57) **ABSTRACT**

Apparatus and methods for detecting stray voltage anomalies in electric fields are provided herein. In some embodiments, an apparatus for detecting an electrical field may comprise: at least one sensor probe for generating data corresponding to an electrical field detected by the at least one sensor probe, wherein the at least one sensor probe comprises at least one electrode; a processor, coupled to the at least one sensor probe, for analyzing the data to identify a voltage anomaly in the electric field; and an indicator, coupled to the processor, for alerting a user to a presence of the voltage anomaly in the electric field.

**18 Claims, 23 Drawing Sheets**



**US 8,536,856 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,774,108 A | * | 11/1973 | Ogilvie ........................ 324/72 |
| 3,774,110 A | * | 11/1973 | Roveti ........................ 324/133 |
| 3,786,468 A | * | 1/1974 | Moffitt ........................ 340/515 |
| 3,820,095 A | * | 6/1974 | Wojtasinski et al. .... 340/870.37 |
| 3,864,686 A | * | 2/1975 | Owen ........................ 343/713 |
| 3,878,459 A | * | 4/1975 | Hanna ........................ 324/555 |
| 4,007,418 A | | 2/1977 | Hanna |
| 4,194,222 A | * | 3/1980 | Ebbinga ........................ 360/18 |
| 4,277,745 A | | 7/1981 | Deno |
| 4,349,783 A | | 9/1982 | Robson et al. |
| 4,359,926 A | | 11/1982 | Sano et al. |
| 4,588,993 A | | 5/1986 | Babij et al. |
| 4,642,564 A | * | 2/1987 | Slough ........................ 324/72 |
| 4,714,915 A | | 12/1987 | Hascal et al. |
| 4,716,371 A | * | 12/1987 | Blitshteyn et al. ........ 324/457 |
| 4,724,393 A | | 2/1988 | Kumada et al. |
| 4,758,792 A | * | 7/1988 | Polonis et al. ............. 324/552 |
| 4,983,954 A | * | 1/1991 | Huston ........................ 340/657 |
| 5,148,110 A | * | 9/1992 | Helms ........................ 324/323 |
| 5,164,673 A | | 11/1992 | Rosener |
| 5,206,640 A | * | 4/1993 | Hirvonen et al. ........... 340/852 |
| 5,315,232 A | * | 5/1994 | Stewart ........................ 324/72 |
| 5,350,999 A | | 9/1994 | Brunda |
| 5,473,244 A | * | 12/1995 | Libove et al. ............. 324/126 |
| 5,646,525 A | | 7/1997 | Gilboa |
| 5,952,820 A | * | 9/1999 | Thrasher et al. ........... 324/119 |
| 6,008,660 A | | 12/1999 | Mahlbacher |
| 6,087,826 A | | 7/2000 | Donath |
| 6,100,806 A | | 8/2000 | Gaukel |
| 6,154,178 A | * | 11/2000 | Aslan ........................ 343/718 |
| 6,194,958 B1 | * | 2/2001 | Goldfarb et al. ........... 327/552 |
| 6,230,105 B1 | | 5/2001 | Harris et al. |
| 6,242,911 B1 | | 6/2001 | Maschek |
| 6,243,044 B1 | * | 6/2001 | Scott ........................ 343/715 |
| 6,317,683 B1 | | 11/2001 | Ciprian et al. |
| 6,329,924 B1 | | 12/2001 | McNulty |
| 6,411,103 B1 | | 6/2002 | Tobias et al. |
| 6,414,492 B1 | * | 7/2002 | Meyer et al. ............. 324/344 |
| 6,762,722 B2 | * | 7/2004 | Chiang et al. ......... 343/700 MS |
| 6,788,215 B1 | * | 9/2004 | White ........................ 340/657 |
| 6,839,250 B2 | * | 1/2005 | Takahashi et al. ........... 363/37 |
| 6,859,141 B1 | * | 2/2005 | Van Schyndel et al. ..... 340/562 |
| 6,922,059 B2 | * | 7/2005 | Zank et al. ................. 324/457 |
| 7,078,911 B2 | * | 7/2006 | Cehelnik .................... 324/457 |
| 7,109,698 B2 | * | 9/2006 | Swenson et al. ............. 324/72 |
| 7,253,642 B2 | | 8/2007 | Kalokitis et al. |
| 7,283,055 B2 | * | 10/2007 | Didik ........................ 340/573.1 |
| 2002/0049063 A1 | | 4/2002 | Nohara et al. |
| 2003/0018444 A1 | * | 1/2003 | Uesaka ........................ 702/115 |
| 2003/0071628 A1 | * | 4/2003 | Zank et al. ................. 324/457 |
| 2003/0117943 A1 | | 6/2003 | Sakata et al. |
| 2003/0128558 A1 | * | 7/2003 | Takahashi et al. ........... 363/39 |
| 2003/0210204 A1 | * | 11/2003 | Chiang et al. ............. 343/893 |
| 2004/0103409 A1 | * | 5/2004 | Hayner et al. ............. 717/143 |
| 2004/0212539 A1 | * | 10/2004 | Lipka et al. ............. 343/715 |
| 2005/0073322 A1 | * | 4/2005 | Hibbs et al. ............. 324/658 |
| 2006/0027404 A1 | * | 2/2006 | Foxlin .................... 178/18.06 |
| 2006/0058694 A1 | * | 3/2006 | Clark et al. ............. 600/509 |
| 2006/0092022 A1 | * | 5/2006 | Cehelnik .................... 340/561 |
| 2006/0139031 A1 | | 6/2006 | Kalokitis et al. |
| 2006/0139032 A1 | * | 6/2006 | Kalokitis et al. ........... 324/457 |
| 2007/0179737 A1 | * | 8/2007 | Kalokitis et al. ........... 702/150 |
| 2007/0279067 A1 | * | 12/2007 | Wiswell et al. ............. 324/457 |

OTHER PUBLICATIONS

International Search Report and Written Opinion dated Aug. 29, 2008 for PCT Application No. PCT/IB06/04314.

* cited by examiner



FIG. 1



FIG. 2



FIG. 2A

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 8A



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



1500

Drive More or Hit Cancel

Please drive an additional 40 feet
if possible to capture the full details of the event.
Otherwise hit cancel to review now!

1502

Cancel [ Esc ]

1504

FIG. 15



FIG. 16 (1)



FIG. 16 (2)



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 23A



FIG. 25



FIG. 24

US 8,536,856 B2

1

## APPARATUS AND METHOD FOR MONITORING AND CONTROLLING DETECTION OF STRAY VOLTAGE ANOMALIES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of pending U.S. patent application Ser. No. 12/321,484 filed on Jan. 21, 2009, which is a continuation-in-part of U.S. patent application Ser. No. 11/551,222, filed Oct. 19, 2006, now U.S. Pat. No. 7,486,081 which issued on Feb. 3, 2009, which claims benefit of U.S. Provisional Patent Application No. 60/728,168, filed Oct. 19, 2005, which is a continuation-in-part of U.S. patent application Ser. No. 11/224,909, filed Sep. 13, 2005, now U.S. Pat. No. 7,248,054 which issued on Jul. 24, 2007, which claims benefit of U.S. Provisional Patent Application No. 60/639, 054, filed Dec. 23, 2004 and U.S. Provisional Patent Application No. 60/641,470, filed Jan. 5, 2005. Each of the aforementioned related patent applications is herein incorporated by reference.

### BACKGROUND

1. Field

The present invention relates to the detection of electric fields, and more particularly, to apparatus and methods of detecting stray voltage anomalies in electric fields.

2. Description of the Related Art

Large power distribution systems, especially those in large metropolitan areas, are subject to many stresses, which may occasionally result in the generation of undesirable or dangerous anomalies. An infrequent, but recurrent problem in power distribution infrastructures is the presence of "stray voltages" in the system. These stray voltages may present themselves when objects, such as manhole covers, gratings, street light poles, phone booths and the like become electrically energized (e.g., at 120V AC). An electrically conductive path may be established between underground secondary network cabling and these objects through physical damage to electrical insulation resulting in direct contact between electrically conductive elements or through the introduction of water acting as a conductor. These energized objects present obvious dangers to people and animals in the general public.

Detecting the existence of stray voltages by means of assessing electromagnetic radiation is not practical because the wavelength of a 60 Hz electromagnetic wave is approximately 5,000 kilometers (i.e., about 3,107 miles) in length. To effectively radiate electromagnetic waves, a radiating object (e.g., manhole cover or light pole) should represent at least $\frac{1}{4}$ wavelength (i.e., about 776.75 miles) and a receiving "antenna" should be $1\frac{1}{2}$ to 2 wavelengths away from the emitting source (about 6,214 miles). Two wavelengths is the distance required for electric and magnetic fields to come into time phase and space quadrature where they behave as a plane wave. A detection system will typically be perhaps 10 ft. to 30 ft. away from the energized object, so that detection will take place in the extreme near field where electric and magnetic fields exist in a complex temporal and spatial pattern, not as a unified electromagnetic plane wave. Thus, electric and magnetic fields must be considered and measured separately.

Due to power distribution networks typically having many miles of buried cable carrying perhaps thousands of amperes of current, the magnetic field in any one location due to such normal load is likely to be very high. Detecting magnetic

2

fields arising from a relatively weak stray voltage anomaly would be very difficult due to the interference from strong ambient magnetic fields arising from normal loads and, therefore, it has been determined that the best way to detect a stray voltage anomaly is to assess the electric field.

Techniques for the detection of stray voltages are typically carried out by manual inspection of surrounding electrical infrastructures for signs of leaking current. An inspection team equipped, for example, with hand held detection devices may be employed to make direct physical inspections of electrical infrastructures. However, inspectors using these detection devices are typically required to make contact with portions of electrical infrastructures, such as streetlamp bases or manhole covers, in order to obtain accurate measurements for determining the existence of potentially dangerous stray voltages. These manual inspections are undoubtedly time-consuming and give a false sense of security.

Accordingly, there exists a need to provide a more efficient means for detecting and identifying sources of stray voltage anomalies over vast geographic areas, particularly, populated urban, suburban and rural areas.

### SUMMARY

Apparatus and methods for detecting stray voltage anomalies in electric fields are provided herein. In some embodiments, an apparatus for detecting an electrical field may comprise: at least one sensor probe for generating data corresponding to an electrical field detected by the at least one sensor probe, wherein the at least one sensor probe comprises at least one electrode; a processor, coupled to the at least one sensor probe, for analyzing the data to identify a voltage anomaly in the electric field; and an indicator, coupled to the processor, for alerting a user to a presence of the voltage anomaly in the electric field.

In some embodiments, a method for detecting an electric field may comprise: sensing an electric field using at least one sensor probe, wherein the at least one sensor probe comprises at least one electrode; identifying a location of the sensor probe; collecting data representing the electrical field sensed by the at least one sensor probe; analyzing the collected data to identify a voltage anomaly in the electric field; and providing an indicator to alert a user to a presence of the voltage anomaly in the electrical field.

### BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention, briefly summarized above and discussed in greater detail below, can be understood by reference to the illustrative embodiments of the invention depicted in the appended drawings. It is to be noted, however, that the appended drawings illustrate only typical embodiments of this invention and are therefore not to be considered limiting of its scope, for the invention may admit to other equally effective embodiments.

FIG. 1 is a schematic diagram of an exemplary sensor system in accordance with some embodiments of the present invention.

FIGS. 2-2A are schematic diagrams illustrating the operation of the sensor system employing digital electronic processing in accordance with some embodiments of the present invention.

FIGS. 3-5 are illustrations of a detection system unit (DSU) in accordance with some embodiments of the present invention.

FIG. 6 is a schematic diagram of an exemplary sensor system utilizing the DSU illustrated in FIG. 5.

US 8,536,856 B2

3

FIGS. **7-8** are illustrations of an isometric view of a tri-axial sensing probe arrangement mounted in a radar dome (radome) arrangement in accordance with some embodiments of the present invention.

FIG. **8A** is an illustration of a top view tri-axial sensing probe arrangement mounted in a radome arrangement in accordance with some embodiments of the present invention.

FIG. **9** is an illustration of a vehicle mounted DSU in accordance with some embodiments of the present invention.

FIG. **10** is an exemplary screen display of a graphical computer interface in accordance with some embodiments of the present invention.

FIG. **11** illustrates an exemplary login display of the graphical user interface in accordance with some embodiments of the present invention.

FIG. **12** illustrates an exemplary main display of the graphical user interface populated with sensor data in accordance with some embodiments of the present invention.

FIG. **13** illustrates an enlarged view of the control panel of the main display of the graphical user interface in accordance with some embodiments of the present invention.

FIG. **14** illustrates an exemplary preferences display produced by the graphical user interface upon selection of a preferences option in accordance with some embodiments of the present invention.

FIG. **15** illustrates an exemplary standby display produced by the system upon selection of an event capture option provided on the main display in accordance with some embodiments of the present invention.

FIG. **16** illustrates an exemplary event capture display produced by the system upon completion of the processing for a request to capture an event in accordance with a some embodiment of the present invention.

FIGS. **17-18** illustrate an enlarged view of a detected stray voltage anomaly as it may be provided on the exemplary event capture display.

FIG. **19** illustrates an enlarged view of a playback control panel of the event capture display in accordance with some embodiments of the present invention.

FIG. **20** illustrates an enlarged view of an objects election section of the playback control panel in accordance with some embodiments of the present invention.

FIG. **21** illustrates an enlarged view of a saved events section of the playback control panel in accordance with some embodiments of the present invention.

FIG. **22** is a flowchart illustrating the steps employed by the system in monitoring electric fields in accordance with some embodiments of the present invention.

FIG. **23-23A** are illustrations of a electric field profile detected by the DSU in accordance with some embodiments of the present invention.

FIG. **24** is a schematic flow diagram illustrating a method for obtaining a running average and an alarm trigger in accordance with some embodiments of the present invention.

FIG. **25** is a graphical presentation of an example of data produced by the method for obtaining a running average and an alarm trigger in accordance with some embodiments of the present invention.

To facilitate understanding, identical reference numerals have been used, where possible, to designate identical elements that are common to the figures. The figures are not drawn to scale and may be simplified for clarity. It is contemplated that elements and features of one embodiment may be beneficially incorporated in other embodiments without further recitation.

## DETAILED DESCRIPTION

Embodiments of the present invention generally relate to apparatus and methods for detecting a stray voltage anomaly

4

in an electric field. For purposes of clarity, and not by way of limitation, illustrative depictions of the present invention are described with references made to the above-identified drawing figures. Various modifications obvious to one skilled in the art are deemed to be within the spirit and scope of the present invention.

FIG. **1** is a schematic diagram of an exemplary sensor system in accordance with some embodiments of the present invention. FIGS. **2-2A** are schematic diagrams illustrating the operation of the sensor system employing digital electronic processing in accordance with some embodiments of the present invention. To best understand the invention the reader should refer to FIGS. **1**, **2** and **2A** simultaneously.

In accordance with some embodiments of the present invention, sensor system **100** generally comprises a detection system unit (DSU) **110**, which may receive electric field measurements from one or more sensor probes, wherein each sensor probe comprises of at least one electrode. For example, sensor probes **110**$x$, **110**$y$ or **110**$z$ each may respectively comprise two electrodes **110**$x$-**110**$x$, **110**$y$-**110**$y$ and **110**$z$-**110**$z$. The DSU **110** may employ any number of sensor probes for purposes of measuring an electric field in any particular area of interest being surveyed for stray voltage anomalies in electric fields, such as the embodiments discussed below with respect to FIGS. **3-5** and **7-8A**. For example, the DSU **110** may employ only one of said sensor probes **110**$x$, **110**$y$ or **110**$z$, additional sensor probes to supplement the measurements obtained by sensor probes **110**$x$, **110**$y$ or **110**$z$ or, any other suitable combination of sensor probes. For example, in some embodiments, it may be such that the signals from one pair of electrodes do not ordinarily provide electric field data that is of interest, e.g., as where high-field producing overhead power distribution wires are present, and so the pair of electrodes, e.g., **110**$z$-**110**$z$, that sense the vertical field components may be, but need not be, omitted. In some embodiments, the DSU **110** may employ a multi-axis sensor probe arrangement as the ones described, for example, in commonly owned U.S. Pat. No. 7,248,054, filed Sep. 13, 2005 and issued on Jul. 24, 2007, and U.S. Pat. No. 7,253,642, filed Sep. 13, 2005 and issued on Aug. 7, 2007, which are hereby incorporated by reference in their entirety.

The sensor system **100** employs a digital processing system (DPS) **112** capable of processing electrode data provided by the DSU **110** in near real time (e.g., with less than one second latency). It some embodiments, such as the embodiment depicted in FIG. **1**, the DPS **112** is arranged to interface directly to a three-axis sensor probe arrangement, such as DSU **110**.

In some embodiments, the DPS **112** comprises a multi-channel analog-to-digital converter (ADC) **122**, a digital signal processor (DSP) **124**, a memory (EEPROM) **126**, an audio amplifier **128**, audible transducing device (speaker) **130**, one or more data converters **132** (e.g., uni-directional or bidirectional SPI to RS-232 converters), and a source of electrical power, such as a power converter **134**. The power converter **134** provides the various voltages for operating the DPS **112** and other electronic devices. In some embodiments, electrical power for sensor system **100** may be obtained from any convenient electrical power source, such as the electrical system or battery **105** of the vehicle (e.g., truck) on or with which sensor system **100** is operated or a separate battery.

The DPS **112** is coupled to the DSU **110** via an input (analog) section **114**, which comprises low pass filters **116** and buffer amplifiers **120**. In some embodiments, for example such as the embodiment depicted in FIG. **1**, the input section **114** comprises at least one (six shown) low pass filters **116**, one for each electrode of sensor probes **110**$x$, **110**$y$, **110**$z$,

US 8,536,856 B2

**5**

each preceded by an amplifier **118**, and followed by a buffer amplifier **120**. In some embodiments the amplifier **118** has a high input impedance and exhibits some gain.

In some embodiments, the low pass filter **116** cutoff frequency may be selected to minimize the effects of aliasing. For example, where the ADC **122** samples data provided from the sensor probes **110**x, **110**y, **110**z at a rate of 960 samples per second, a suitable low pass filter **116** may have a cutoff frequency (at 3 dB) of about 240 Hz and a −24 dB per octave slope. Thus, at 900 Hz, the first frequency that directly aliases the 60 Hz frequency of interest, the low pass filter **116** supplies a rejection or attenuation of about 46 dB.

In some embodiments, a suitable ADC **122** may operate at a conversion burst rate of about 842 KSPS (kilo-samples per second). For example, every $\frac{1}{960}^{th}$ of a second the ADC **122** is commanded to perform 96 conversions, specifically 16 readings of each of six electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z. The readings converted by ADC **122** may be alternated such that temporal distortion effects are minimized. For example, ADC **122** converts plate electrode **1** (+**110**z) data, then plate electrode **2** (−**110**z) data, and so on through plate electrode **6** (−**110**x). It then repeats this six-conversion sequence 16 times for a total of 96 conversions. This burst of conversions takes approximately 114 microseconds ($\frac{96}{842}$ KHz), which is approximately 11% of the $\frac{1}{960}^{th}$ of second allotted for conversion, while reducing quantization errors by a factor of four. Other ADC arrangements and/or other ADC control arrangements may be employed.

The data may be transferred into memory **126** from the ADC **122** via a serial link driven by a Direct Memory Access (DMA) function within the DSP **124**. In some embodiments, such as in FIG. **2**, differential data may be obtained from single ended data provided to the DSP **124** by the negation **221** of one of the pair of single ended data values and the summing **223** of one single ended data value with the negated data value. In such embodiments, the single-ended signals from electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z may be coupled to the differential-to-single-end amplifiers **118** that provide balanced inputs with gain and convert the signal to single ended analog format to simplify subsequent processing, e.g., by lowpass filters **116**. A multi-stage active low pass filter **116** then processes the signal to reduce signals other than the desired 60 Hz signal, i.e. to help separate the desired signal from near frequency interfering E-field signals. The signal is then further amplified and buffered and routed to ADC **122**.

Upon completion of each 96 event burst conversion, as described above in reference to the operation of ADC **122**, the DSP **124** averages the data to obtain six values (one for each of the six electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z), and stores the six values, e.g., in a single row of a 6×256 point matrix of a memory internal to DSP **124**. This action is repeated 256 times until the entire matrix of the internal

**6**

memory of DSP **124** is filled, at which point DSP **124** performs six Fast Fourier Transforms (FFTs) **224** on the six column vectors. Each FFT **224** yields a frequency domain representation of the prior 256 samples (for each electrode **110**x-**110**x, **110**y-**110**y, **110**z-**110**z) in the form of 128 complex values. Each of these complex values represents the phase and amplitude of the opposing electrode **110**x-**110**x, **110**y-**110**y, **110**z-**110**z signal within a bin **226** of 960 Hz/256=3.75 Hz. The 16th FFT bin **226** contains the 60 Hz information, which is the only information that is of interest with respect to sensing stray 60 Hz voltages. Processor DSP **124** calculates the magnitude squared of this bin **226** data (its real part squared summed with its complex part squared), and assigns this value as the field strength for the electrode **110**x-**110**x, **110**y-**110**y, **110**z-**110**z that produced it. This process yields six field strength values at a rate of 960 Hz/256=3.75 Hz.

In some embodiments, such as depicted in FIG. **2A**, differences between time domain values for the electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z are calculated, resulting in a 3×256 point matrix, which is then processed using the FFT **224** as described in the previous paragraph.

In some embodiments, measured field data from the sensor probes **110**x, **110**y, **110**z is stored as measured ("raw" data), e.g., as six sets of data as produced by the electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z or as three sets of differential data as produced the three pair of probe electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z, or both. Data may be stored in a memory **126** of the DSP **124**, or provided to a computer **136** or to any other device for storage and/or further analysis at the user's desire.

The computer **136** may provide a graphical user interface (GUI) **138** for an operator to control the operation of the sensor probes **110**x, **110**y, **110**z, and sensor system **100**, in particular, the DSP **124**, and to monitor field data as measured. For example, an operator may adjust the values of the constants and scaling factors utilized in the detection and averaging processing for producing an audible alarm as described. An example of a command set for computer **138** is set forth below. The commands may be executed by single keystroke entries, plural keystroke entries, or mouse clicks. The data may be stored in any format that would allow the stored data to be exported to a readable format, such as a database, spreadsheet, text document, or the like.

Sensor System Command Set Listing

A brief description of example sensor system commands that are available to a user of the sensor system in accordance with some embodiments of the present invention follows. Commands may be executed in response to the symbol (given at the left margin below) being entered via the keyboard of computer or by a point-and-click entry. Note: Unrecognized characters generate a question mark "?" and an echo of that character to indicate that an invalid command has been entered.

| | |
|---|---|
| H | Display Help Screen - Causes the Help screen that lists all commands to be displayed. |
| { | Enter GPS Console Mode - GUI directly communicates with GPS and all keyboard entries are forwarded to GPS, i.e. not interpreted as SVD commands) |
| } | Exit GPS Console Mode |
| Z | Display Zulu time to the console |
| V | Display current software Version number |
| L | Display the current GPS Latitude, Longitude, Elevation and Zulu time |
| > | Enter Stray Voltage Detect Data Spew Mode - Data for all six probe plates is displayed at the 3.75 Hz rate at which it is produced |
| < | Exit Stray Voltage Detect Data Spew Mode |

US 8,536,856 B2

7

8

-continued

| | |
|---|---|
| + | Increase SVD audio alarm manual threshold by 1 dB (only in "P" or "D" beeper modes) |
| − | Decrease SVD audio alarm manual threshold by 1 dB (only in "P" or "D" beeper modes) |
| P | Differential Probe Mode OFF - Beep (audio tone) if signal from any probe plate exceeds the SVD threshold. (500 Hz tone @ 50% duty cycle at 3.75 Hz rate) |
| D | Differential Probe Mode ON - Audio tone pitch is based on average of signals of all three differential plate pairs if in "S" or "U" modes (otherwise 500 Hz tone @ 50% duty cycle at 3.75 Hz rate if any differential pair of probes exceeds SVD threshold) |
| X | Disable (or mute) the beeper (audio tone) until "P" or "D" or "S" command |
| S | Audio tone pitch set proportional to 60 Hz field strength *squared* |
| U | Audio tone pitch is un-weighted average of last 32 magnitude squared values. |
| l | Toggle display to the next of speed (in mph), distance (in wheel speed pulses) and OFF |
| F | Display current vehicle speed (in mph). |
| A | Put DSP in Automatic (data streaming) mode to display Log file as it is generated |
| M | Put DSP in Manual mode (for terminal control), exiting the "A" mode |
| # | Spew data display for the three differential probe pairs at a 60 lines/sec rate. |
| T | Increase the "singer" (audio tone) cutoff threshold by ~0.5 dB and display new value |
| t | Decrease the "singer" (audio tone) cutoff threshold by ~0.5 dB and display new value |
| G | Increase "singer" (audio tone) pitch gain by ~0.5 dB and display new value |
| g | Decrease "singer" (audio tone) pitch gain by ~1 dB and display new value |
| * | Restore default settings. |
| 0 | Operate in Differential Mode with tone based on average of all six plates (same as D above) |
| 1 | Operate in Differential Mode with tone based on plates 1-2 (top and bottom plates) |
| 2 | Operate in Differential Mode with tone based on plates 3-4 (left and right plates) |
| 3 | Operate in Differential Mode with tone based on plates 5-6 (fore and aft plates) |
| 4 | Connect X auxiliary electrodes together (toggle connect/disconnect) |
| 5 | Connect Y auxiliary electrodes together (toggle connect/disconnect) |
| 6 | Connect Z auxiliary electrodes together (toggle connect/disconnect) |
| $ | Connect X auxiliary electrodes to common (toggle connect/disconnect) |
| % | Connect Y auxiliary electrodes to common (toggle connect/disconnect) |
| ^ | Connect Z auxiliary electrodes to common (toggle connect/disconnect) |

To this end, DSP 124 may further comprise a data streamer 240 which provides the unaveraged data independent of the settings of software switches 229, 231. Data provided by data streamer 240, e.g., in a SPI format, may be converted into another standard digital data format, e.g., into RS-232 format, by data converters 132. Data converters 132 may also convert data received in a given format, e.g., RS-232 format, into a format compatible with DSP 124, e.g., SPI format, as is the case for data provided by global positioning system (GPS) receiver 140. GPS receiver 140 may be any locating device capable of receiving signals from an antenna 142 broadcast by one or more GPS satellites orbiting the Earth to determine therefrom its location on the Earth.

Once the six field strength values (or three differential field strength values) are determined, higher-level procedures employ these six values (or three values) to produce data in a form that is meaningful to the user. For example, a simplistic detection alarm is available to the user that compares the six field strength values (or three differential field strength values) to a user-defined threshold, and activates a simple audible alarm provided by a audio amp 128 and via connector 138, for example, a pulsing audio alarm, if any of these six values exceeds the threshold.

In some embodiments, the detection alarm may produce a continuous output whose pitch is proportional to the field strength. To accomplish the continuous aspect of this audible output, the field strength values may be calculated at a rate far greater than the basic 3.75 Hz of the FFT data. To this end, the processing algorithm performs the 256-point FFT 224 on the most recent 256 samples collected (for each electrode $110x$-$110x$, $110y$-$110y$, $110z$-$110z$) as before, but to perform this operation at a 60 Hz rate. Thus after every 16 additional averaged sample set values are collected, the FFT 224 is re-performed, producing the six field strength values (one for each electrode $110x$-$110x$, $110y$-$110y$, $110z$-$110z$) at a rate of 960 Hz/16=60 Hz. The large degree of time domain overlap from each FFT 224 to the next FFT 224 while using this process produces a far smoother output stream than is produced at the basic 3.75 Hz rate.

The field strength values produced by the FFT 224 process range from about zero to about two million. Reasonable example frequencies audible to humans for this type of detection system would fall into a range between approximately 70 Hz and approximately 3 KHz. The 16-bit timer-counter in the DSP 124 may further comprise a 4-bit prescaler that allows its incident clock to be pre-divided (prescaled) by a programmable value between about 1 to about 16. With a prescale factor of 16, an additional divide-by-two frequency reduction occurs due to the toggling nature of the counter-timer output as described above, and at a maximum period value of

US 8,536,856 B2

9

2ˆ16=65536, an audio tone of 144 MHz/(16*2* 65536)=68.66 Hz results. Because little useful data is contained in field strength values less than about 10, these field strength values are programmed to produce no audible output. For a field strength of 10, a 69.3 Hz tone results, brought about by 64939 being written into the timer-counter period register.

To compensate for the inability of typical human hearing to accurately discern pitch differences of an eighth of a step (a half-step is defined as a 2ˆ(¹⁄₁₂) change in pitch, equivalent the difference between adjacent notes in the equal tempered chromatic scale commonly used in western music), the pitch table used is based upon this amount of pitch change, so that discrete pitch changes would be perceived as a continuum by a human listener. Thus, an incremental pitch change in the audio output of the sensor system 100 results in a frequency change of +/−(1−2ˆ(1/96)), or +/−0.7246%. The effect of an apparently continuous pitch output is thus achieved from a discrete pitch system. The 512-step pitch table employed covers a pitch range from 69.3 Hz to 2ˆ(512/96)69.3=2.794 KHz.

In some embodiments, the field strength data from the DSP 124 may range from about 10 to about 2,100,000, or approximately 5.3 decades. This data is likewise parsed logarithmically to fit the 512 element pitch table, such that any increase of 10ˆ(1/96) would produce an increase of one increment in pitch. So for every 10 dB that the field strength increases, the pitch of the audio output 275 increases by about one octave. The period value written into the timer counter is thus 144× 10ˆ6 divided by 32 (or 4.5 million) divided by the desired output frequency. The 512-element pitch table is thus made up of two columns, one representing field strength, and one representing timer-counter period. The process to determine the output audio pitch finds the field strength table value nearest to, but not greater than, the current actual field strength value, and applies the accompanying period value to a numerically controlled oscillator (NCO) 232.

In some embodiments, such as the embodiment described above, NCO 232 comprises both a period register and a timer register. When the timer register counts down to zero, it reloads from the period register and then counts down from the period value. The process described may only update the period register, thus avoiding the generation of transient pitch discontinuities that would sound to the ear as a "pop" or "crack." The count register may be updated during high-to-low or low-to-high transitions of the audio output, thereby producing a continuous quasi-portamento output tone.

In some embodiments, for example when an audio tone is the principal output to the user, further smoothing of the data may provide what could be considered a more pleasing audible output. Pitch discontinuities caused by vibration of the electrodes 110x-110x, 110y-110y, 110z-110 z and other transient effects may make the audio output significantly less meaningful to the user. An unweighted 32-point averaging filter 227 directly preceding the NCO 232 in the audio processing chain, although it introduced an additional latency of 32/60 Hz=0.533 seconds to the system 100, may significantly mitigate these transient effects, thus increasing user effectiveness at interpreting the audio data. The total system latency, with this additional averaging filter 227 enabled (it can be enabled or disabled by the user via software switch 231), is thus 32/60 Hz+256/960 Hz=0.8 seconds. This is specifically the latency between the detection of a field by the sensor probe 110 x, 110 y, 110 z and its resultant tone production by the audio system (e.g., audio amplifier 128 and speaker 130).

In some embodiments, the software of DSP 124 may be structured to support differential data when using the 60 Hz

10

output data rate mode. Differential probe electrode data may be used to provide a higher signal-to-noise ratio compared to that of any single plate electrode. The user may be given the capability to select, e.g., setting software switches 229, 231, via the graphical user interface (GUI) 138 of computer 136, which of electrodes 110x-110x, 110y-110y, 110z-110z to use to drive the system audio amplifier 128 and speaker 130, plus a fourth option, the average 228 of all three pairs. The 60 Hz output data then controls a numerically controlled oscillator (NCO) 232 within DSP 124 for producing an audio pitch (tone) that is proportional to field strength. Because the perception of pitch in humans is logarithmic, the raw field strength data is converted to a logarithmic scale by DSP 124, which may be accomplished in any convenient manner, e.g., by means of a look-up table.

In some embodiments, for certain DSP 124 devices, e.g., a type TMS320VC5509 digital signal processor available from Texas Instruments located in Dallas, Tex., the NCO 232 producing the audio output (nominally a square wave) is the output of a timer-counter integral to the DSP 124 integrated circuit (IC). The DSP 124 sets the frequency of this timer-counter by writing to it a period value. The nominal DSP 124 clock (144 MHz, in one example) causes the timer-counter to count down from this period value to zero, at which point an output signal toggles state from high to low (or from low to high).

In some embodiments, a Global Positioning System (GPS) receiver 140 provides a location reference including latitude, longitude, elevation, time and date so that the location of the sensor system 100 is known to a reasonably high precision. GPS position data may be exported to a conventional GPS mapping software for utilization. The GPS location information may be stored, e.g., in the memory of DSP 124 or of computer 136, so that there is a stored precision location and time reference associated with the stored measurements of 60 Hz field data from the DSU 110.

Thus, the GPS location data provides a record of the location at which each detected stray voltage field was detected and the time thereof, as may be desired for subsequent analysis, e.g., for reviewing the location of a stray voltage anomaly and identifying the source thereof. Because the peak of the response to a source of stray voltage anomaly cannot be ascertained until after the vehicle has passed the source, the exact location of the source may not be observed until after the time at which it is detected, i.e. until after it is passed. While having this stray voltage and location data recorded is desirable and beneficial, in a typical service environment, e.g., on a city street, it is not practical to stop the vehicle carrying system each time a stray voltage is detected, or to back the vehicle up to ascertain the exact location at which the detection took place.

Because the sensor system 100 may be operated in urban/ city environments where buildings and other obstacles distort and/or block signals from a GPS satellite system from reaching the GPS antenna 142 via a direct path, GPS location information may have degraded accuracy, or may not be available. Other means of determining the location of the sensor system 100, such as a wheel speed sensor 144, may be utilized in place of, or in conjunction with, the GPS location information. Typically, wheel speed sensor 144 may detect revolutions of wheel 146 and, because the circumference of wheel 146 is known, distance and speed can be determined from the revolution of wheel 146.

For example, the wheel speed sensor 144 may produce four signals, typically pulses, for each revolution of wheel W, wherein each signal represents about 16 inches (about 40-41 cm) of linear travel. Most manhole covers MHC are about

US 8,536,856 B2

11                                    12

30-40 inches (about 0.75-1.0 m) in diameter, and so wheel speed indications every one to two feet (about 0.3 to 0.6 m) is sufficient to locate a manhole MHC cover having stray voltage thereon. One suitable embodiment of wheel speed sensor **144** utilizes a Hall-effect sensor mounted so that the wheel lugs (studs and nuts) that secure wheel W on an axle pass close enough that the Hall-effect sensor produces a detectable output pulse therefrom.

This may advantageously eliminate the need for a transmitted or other 60 Hz timing reference and, therefore, it may be disposed on and operated from a vehicle moving at a substantial speed, e.g., up to 15-25 miles per hour (about 24-40 km/hr), or faster. In addition, this allows processing of the sensed stray voltage data in essentially "real time" so as to facilitate an operator understanding and responding to the sensed data. For example, in some embodiments the sensor system **100** may detect an energized manhole cover at a distance of about 15 feet (about 4.5 meters) when moving at speeds of up to about 10 mph (about 16 km/hr) or less, and consistently detect an energized light pole at a distance of about 25 feet (about 7.5 meters) when moving at speeds of up to about 20 mph (about 32 km/hr) or less.

In some embodiments, the sensor system **100** may additionally comprise an imaging system unit (ISU) **106**, which may receive video input from one or more cameras. The ISU **106** may employ any number of cameras suitable for providing streaming images of a patrolled scene. Cameras employed may be video cameras, stereo cameras, various digital cameras, a combination of the aforementioned cameras or any other suitable camera and arrangement of cameras suitable for imagining a patrolled scene.

In some embodiments, one or more cameras may be provided for imaging the environs where sensor system **100** is employed. For example, where sensor system **100** is deployed on a patrol vehicle or trailer, two cameras may be provided thereon, wherein each camera is directed to view in a direction about 90° to the left of the direction of travel and 90° to the right of the direction of travel, so that images of what is present to the left and to the right of the patrolling vehicle are obtained. Video images therefrom may be recorded sensor system **100** traverses a patrolled environment.

Video images may be obtained at a standard video rate, e.g., at 30 or 60 frames per second, but may be at much slower rates, e.g., one or two frames per second, consistent with the speeds at which the patrolling vehicle moves. For example, if a vehicle is moving at between 10 and 20 mph (about 14-28 feet per second or about 4.2-8.5 m/sec.), under a two frames per second video rate would provide a new image for approximately each 14 feet (about 4.2 m) or less of travel, which should be sufficient to identify the location at which the stray voltage was detected.

The video images may all be recorded (stored) or only selected images may be recorded. In some embodiments, video images are stored in a video frame data buffer having a capacity to store a number of frames of video data for a set period of time. As each new frame is stored, the oldest previous frame is lost. Thus, the video data buffer contains video frames for the most recent period of time. In some embodiments, a "frame grabber" card, in the form of a PCMCIA card or an internal card, may be employed to synchronize electric field data sensed by DSU **110** with processed video data from ISU **106**.

Upon detection of a stray voltage, the operator can cause the video images to be stored in a more permanent memory, or in another buffer, e.g., by activating a "Capture" function of computer **136**, whereby the video of the scenes to the left and to the right of the vehicle over a thirty second period including the time at which the stray voltage was detected are stored and may be reviewed at the operator's convenience, e.g., either at that time or at a later time. Such storing action may be provided by inhibiting the video buffer from accepting additional frames of video data, thereby freezing the data then stored therein, or may be by transferring the data then stored in the video buffer to another memory device, such as the hard drive of computer **136** and/or a removable memory, e.g., a floppy disk, a CD ROM disk, a thumb drive, a memory card, a memory stick, or the like.

In some embodiments, in addition to storing the video images, the audio tones produced by the sensor system **100** (and/or data representing the tones), the GPS location data, the wheel speed sensor **144** data, or a combination thereof, are stored so that the video images may be reviewed in synchronism with the detection tone (and/or data representing the tone) and the GPS location to allow a user/operator to more accurately locate where the stray voltage was detected. For example, upon play back of the video data, the GPS location information may be displayed and/or the audio tone may be reproduced, so that the operator can accurately locate the source of the stray voltage. Control thereof may by icons and other controls provided by a graphical user interface (GUI) **138** of computer **136**, such as described below with respect to FIGS. **10-21**. Playback of the synchronized stored data may also be utilized for training personnel in operation of sensor system **100**.

In some embodiments, the sensor system **100** may further comprise a transceiver component **148** configured to transmit and receive data transmissions to and from remote transceivers. For example, transceiver component **148** may be a transceiver of the type that is compatible with Wi-Fi standard IEEE 802.11, BLUETOOTH™ enabled, a combination of local area network (LAN), wide area network (WAN), wireless area network (WLAN), personal area network (PAN) standards or any other suitable combination of communication means to permit transmission of data. For example, transceiver component **148** may be a BLUETOOTH™ enabled device, thereby providing a means for communicating stray voltage related information between sensor system **100** and a remote device, such as a personal digital assistants (PDAs), cellular phones, notebook and desktop computers, printers, digital cameras or any other suitable electronic device, via a secured short-range radio frequency. Thereafter, a utility member equipped with the remote device configured to receive the stray voltage related communication may be dispatched to a site determined to have a potential stray voltage anomaly for purposes of neutralizing the anomaly. It should be noted that the aforementioned are provided merely as exemplary means for wireless transmission of stray voltage related data. Other suitable wireless transmission and receiving means may be employed in the present invention.

The computer **136** or other suitable computing system may provide a GUI **138** for an operator to control the operation of sensor system **100**, particularly measurement and processing components associated with DSU **110**, and to monitor electric field data as measured. For example, an operator may adjust the values of the constants and scaling factors utilized in the detection and averaging processing for producing an audible alarm (described in detail below). The computer **136** may also provide a convenient means for storing a record or log of the measured field and location (GPS) data for subsequent review and/or analysis, as might be desired for determining when and where a stray voltage anomaly existed.

GUI **138** receives data, directly or indirectly, from various components described in conjunction with sensor system **100** and, accordingly, displays them to the operator for purposes

US 8,536,856 B2

13

of controlling and monitoring the detection of stray voltage anomalies present in patrolled areas. GUI **138** may be a video based interface having a video display. The data provided to GUI **138** provides the interface operator with an opportunity to visually monitor and analyze incoming data measured by a stray voltage detection system on the video display.

FIG. **3** is a schematic diagram of a DSU **110** in accordance with some embodiments of the present invention. In some embodiments, such as where the DSU **110** does not have access to a ground reference, the DSU **110** may use a differential sensor. DSU **110** may comprise two spaced-apart metalized plate electrodes **110**x-**110**x (electrode pair **110**x), separated by an insulating structure **302**x. The insulating structure **302**x may be rigid so that vibration or other physical motion of the DSU **110** while in the presence of static and low frequency fields does not cause spurious output in the 60 Hz frequency region. The electrodes **110**x-**110**x may be connected to an amplifier **304**. In some embodiments, the amplifier **304** is a high input impedance amplifier (e.g., about 10 Tera-ohms). Sensitivity of the DSU **110** is a function of the size and separation of the plate electrodes.

The efficiency and sensitivity of the DSU **110** may be negatively affected by interference from other electric fields. Interfering electric fields may be produced by other electrified devices, such as storefront signs, electronic devices, or the like. In addition, as people move about, e.g., as pedestrians, they tend to generate electric charges on their clothing. These interfering background electric fields caused by the electric charges associated with people typically occur in the DC to 20 Hz frequency range. The aforementioned potentially interfering electric fields may produce charges that can induce a voltage on the electrodes **110**x-**110**x of the DSU **110**, thus reducing the sensitivity of the DSU **110**. This problem may be mitigated by employing feedback in the amplifier **304** (i.e., the differential pre-amplifier discussed above) that reduces its sensitivity to low frequency fields without reducing the very high input impedance at 60 Hz that helps give the sensor system **100** its high sensitivity to 60 Hz fields.

FIG. **4** is a schematic diagram of a three-axis (tri-axial) DSU **110** in accordance with some embodiments of the present invention. A three axis arrangement may be employed to make X, Y and Z-axis electric field measurements simultaneously. The DSU **110**, depicted schematically in relation to a manhole cover MHC, comprises three pairs of spaced apart electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z (electrode pairs **110**x, **110**y, **110**z), of the sort shown in FIG. **2** arranged in three mutually orthogonal directions and each supported by an insulating structure **302**x, **302**y, **302**z. A high input impedance amplifier **304** may be associated with each pair of electrodes, and may be embodied in any arrangement of differential circuitry, of single ended circuitry, or a combination thereof, as may be convenient.

FIG. **5** is a schematic diagram of DSU **110** in accordance with some embodiments of the present invention. In some embodiments, DSU **110** may further comprise at least one pair (three shown) of electrically conductive auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z (auxiliary electrode pairs **500**x, **500**y, **500**z) in addition to the electrode pairs **110**x, **110**y, **110**z. The auxiliary electrode pairs **500**x, **500**y, **500**z may be supported in a similar manner as the electrode pairs **110**x, **110**y, **110**z as described above. In some embodiments, auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z may be planar and disposed generally parallel to each other and outboard of electrode pairs **110**x, **110**y, **110**z (further from the center of DSU **110**) along their respective axis.

The auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z may be any shape or size suitable to allow for accurate mea-

14

surements. In some embodiments, the auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z may be smaller, the same size, or larger than the electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z. In some embodiments, the auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z are about two times the size of electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z, and may be disposed to define a cube that is about two times as large as that of a cube defined by the electrode pairs **110**x, **110**y, **110**z. In some embodiments, auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z may be positioned generally parallel to electrodes **110**x-**110**x, **110**y-**110**y, **110**z-**110**z, respectively.

In some embodiments, for example where electrode pairs **500**x, **500**y, **500**z, are utilized, the electrode pairs **500**x, **500**y, **500**z are electrically floating, i.e. they are not electrically connected to any of electrode pairs **110**x, **110**y, **110**z, or to DSU **110** or sensor system **100**. When not electrically connected, auxiliary electrode pairs **500**x, **500**y, **500**z, may alter the electric field, but do not unacceptably affect the sensing thereof by electrode pairs **110**x, **110**y, **110**z.

In some embodiments, when it is desired to confine or to direct the sensitivity of the electrode pairs **110**x, **110**y, **110**z, in a particular direction, then one or more of auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z, are connected to one or more other auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z. One such connection is to make an electrical connection between the auxiliary electrode pairs **500**x, **500**y, **500**z that are on the same axis.

In some embodiments, for example, when a high voltage source is overhead, as where high tension electrical power distribution lines are overhead, the auxiliary electrodes **500**z-**500**z, which are spaced apart along the Z (or vertical) axis, may be connected together while making lateral (i.e. fore-aft and left-right) field measurements. As a result of this connection of auxiliary electrodes **500**z-**500**z, vertically oriented fields, or at least primarily vertically oriented fields, from overhead sources are kept from leaking into or causing signal output on the X and Y axis electrode pairs **110**x, **110**y, or at least the effect of such vertically oriented fields on the X and Y axis electrode pairs **110**x, **110**y is substantially reduced. In addition, the pair of auxiliary electrodes **500**z may be connected to a reference point, or to a ground, if available. Alternatively, any auxiliary electrode pair **500**x, **500**y, **500**z, may be connected together to similarly alter directional sensitivity.

In some embodiments, for example, when a high voltage source is alongside, as where high tension electrical power distribution equipment is nearby and close to ground level, the two pair of auxiliary electrodes **500**x and **500**y, which are spaced apart along the X and Y (or lateral) axes, may be respectively connected together while making vertical (i.e. Z axis) field measurements. As a result of these connections of auxiliary electrode pairs **500**x, **500**y, laterally oriented fields, or at least primarily laterally oriented fields, from ground-level sources are kept from leaking into or causing signal output on the Z axis sensor electrode pair **110**z, or at least the effect of such laterally oriented fields on the Z axis sensor electrode pair **110**z is substantially reduced. In addition, and optionally, the pairs of auxiliary electrodes **500**x, **500**y may be connected to a reference point, or to a ground, if available. Alternatively, any two pair of auxiliary electrodes **500**x, **500**y, **500**z, may be connected together to similarly increasing directional sensitivity.

In some embodiments, for example as depicted in FIG. **6**, auxiliary electrodes **500**x-**500**x, **500**y-**500**y, **500**z-**500**z, may be selectively connectable to each other by switches S1x, S1y, S1z, respectively. The switches S1x, S1y, and S1z are sufficient to provide the desired respective selectable switching function for auxiliary electrode pairs **500**x, **500**y, **500**z so as to

US 8,536,856 B2

15

enable the selective directing of the sensitivity of the electrode pairs $500x$, $500y$, $500z$, respectively. Control of switches S1$x$, S1$y$, S1$z$ may be effected using computer **136** via DPS **112**, by activating respective toggle-type commands using GUI **138** of computer **136**, although other control arrangements may be employed.

In any of the embodiments described above, any electrode pairs $110x$, $110y$, $110z$ utilized may be connected to a common reference point, which could be ground, if a ground is available, or could be a power supply line or a power supply common line or could be a vehicle structure. The common reference may be any reference point that is likely to be relatively fixed in potential relative to the potentials utilized by sensor system **100**.

While the foregoing describes an embodiment comprising having six (three pair of) electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$, and six (three pair of) auxiliary electrodes $500x$-$500x$, $500y$-$500y$, $500z$-$500z$, such is not necessary. Typically any number of pairs of auxiliary electrodes that is less than or equal to the number of pairs of electrodes may provide a useful arrangement, and a greater number of auxiliary electrodes could be provided. For example, in a circumstance where the vertical field sensing electrodes $110z$ are omitted, it may be desirable to retain auxiliary electrodes $500z$ for directing the sensitivity for sensing non-vertical fields.

FIG. 7 is a schematic diagram of a tri-axial DSU **110** mounted in a radar dome (radome) arrangement in accordance with some embodiments of the present invention. The electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$ may be positioned as if on the six surfaces of a cube, or may be supported by a cube-like structure **702**. In addition, the cube-like structure may be additionally supported by a support structure **704**. The cube-like structure **702** and support structure **704** may be constructed of any suitable material that would provide structural support and not interfere mechanically or electrically with the DSU **110**. For example, the cube-like structure **702** or support structure **704** may comprise an insulating material, a dielectric plastic (e.g. PVC), Styrofoam™, urethane foam, wood, plywood, or the like. The support structure **704** may be employed to suspend the cube a sufficient distance from the vehicle carrying the DSU **110** or the ground surface so that the effects of movement of the cube, e.g., due to vehicle movement, surface (pavement) irregularities, vehicle suspension motion, and/or cube support movement, is relatively small relative to the distance from the vehicle and from the ground.

FIGS. 8-8A are schematic diagrams of an isometric view and a top view of a tri-axial DSU **110** mounted in a radome arrangement in accordance with some embodiments of the present invention. DSU **110** comprises four sides **832** joined at corners of a cube. Each of sides **832** is trapezoidal in shape comprising a square portion defining one side of a cube and a contiguous triangular portion **833** that serves as a stiffening member in conjunction with base **834** to which sides **832** are fastened. Base **834** is a square having a side length substantially the tip-to-tip dimension of adjacent sides **832**, with the tips at the corners of base **834**. A square top **838** is fastened to sides **832**. Internal to DSU **110** are a pair of substantially rectangular stiffeners **836** that intersect substantially perpendicularly and are fastened at the mid-lines of respective sides **832**, and to base **834** and top **838**. Additional stiffeners **839** may be provided at the corners of DSU **110** at an angle inside the corners defined by stiffeners **833** and their respective adjacent sides **832**.

In the embodiments described above with respect to FIGS. 7 and 8A-B, high input impedance amplifiers (not shown) associated with the three pairs of electrodes $110x$-$110x$, $110y$-

16

$110y$, $110z$-$110z$ may be disposed within the cube defined by electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$.

While a cubical arrangement of electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$ have been described above, other non-cubical arrangements may be employed, e.g., a rectangular solid or a spherical arrangement. Likewise, while square electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$ are shown, electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$ may be circular or rectangular or hexagonal or any other suitable shape.

In some embodiments, such as depicted in FIG. 9, the DSU **110** may be mounted on a support frame base **902** that is mounted to a vehicle, such as directly to a car or truck, or to a wheeled trailer **904** capable of being towed by a vehicle. The support frame base **902** may be constructed of any suitable material that would provide structural support and not interfere mechanically or electrically with the DSU **110**, such as an insulating material, a dielectric plastic (e.g. PVC), wood, plywood, or the like. In some embodiments, the support frame base **902** may be constructed of wood to provide for a rigid structure, while also providing damping so that resonances near 60 Hz may be avoided. In some embodiments, other insulating materials may be employed consistently with the high-input impedance of differential pre-amplifiers for electrodes $110x$-$110x$, $110y$-$110y$, $110z$-$110z$.

The support frame base **902** may comprise a compartmented frame **962** having a top and bottom faces which can be filled with ballast. The compartmented frame **962** may be filled with a sufficient amount of ballast to approach the load weight limit for the trailer **904**, e.g., about 100 pounds below the weight limit, so as to reduce the natural frequency of the trailer **904** and its suspension. In some embodiments, support frame base **902** is mounted to the bed of trailer **904** by four optional vibration isolators **966** located respectively at each of the four corners of support frame base **902** so as to reduce the natural frequency well below 60 Hz, e.g., to about 12.5 Hz.

In some embodiments, support frame base **902** is mounted directly to the bed of trailer **904** and DSU **110** is cantilevered behind trailer **904** on a support structure **906** comprising at least one outrigger (two shown) **942** that extend rearward so that DSU **110** is positioned behind the trailer **904**. In some embodiments, DSU **110** may be positioned sufficiently enough away from the trailer **904** as to eliminate or reduce interference from metal surfaces or electrical sources on the trailer **904**. In some embodiments, DSU **110** is positioned from about 0.9 to about 1.6 meters (about 3 to about 5 feet) from the from the rear of support frame base **902** and trailer **904**, and about 0.9 to about 1.6 meters (about 3 to about 5 feet) above the ground (e.g., pavement).

Outriggers **942** may further comprise at least one (two shown) transverse members **944** to provide additional strength. Rearward portions of trailer **904**, such as the rear cross member, may be removed to further separate DSU **110** from metal that could distort the field being sensed.

In some embodiments, either fixed outriggers or telescoping or other form of collapsible outrigger or extension could be employed so that the DSU **110**, may be moved closer to the vehicle (i.e. stowed) for transit and farther from the vehicle (i.e. deployed) for operation to facilitate adjusting the sensitivity of DSU **110**.

While a vehicle-borne sensor system **100** is described, it is contemplated that apparatus employing the arrangements and methods described herein may be provided in a case or backpack that could be carried by a person. In such embodiments, computer **136** may be a personal digital assistant or other small device.

US 8,536,856 B2

17                                                                 18

FIGS. **10-21** illustrate exemplary displays that may be provided on video display of GUI **138** for monitoring and controlling the operation of sensor system **100**, in accordance with some embodiments of the present invention. To best understand the invention, the reader should refer to FIGS. **10-21** simultaneously.

As previously described, GUI **138** may be provided on a computer **136**. Upon start up of GUI **138** of sensor system **100**, for example, by selecting or clicking an icon displayed on the "desktop" provided on a monitor display of a computer **136**, a computer program for providing GUI **138** will initialize a main display **1000**, as illustrated in FIG. **10**. The GUI **138** may run on a computer **136** running any suitable operating system, such as Microsoft Windows®, Linux®, Ms-Dos®, Mac Os®, or the like, for providing visual or audible information regarding the sensing of stray voltage anomalies in an electric field relative to a user selected manual threshold value or an automatically determined threshold value.

Main display **1000** provides an interface user with a real-time monitoring environment of the area being patrolled for stray voltage anomalies. Main display **1000** may be comprised of a video display **1002** and a control panel **1004**. Real-time electric field measurements and video frames of the patrolled environment may be provided in video display **1002**, which is supplemented with a graphical plot having an x-axis **1002**x indicative of the linear distance traveled by the patrol vehicle versus a y-axis **1002**y indicative of the signal strength of the measured electric field associated with various locations of the patrol vehicle. In order to initiate the detection and monitoring system of sensor system **100**, the interface user may select a run command option **1006** provided on main display **1000**.

Run command option **1006**, when selected, will prompt for information to be entered in an initial identification screen. The initial identification screen may be, for example, system login display **1100** of FIG. **11**. System login display **1100** may request an the interface operator to provide a username in field **1102**, a patrol vehicle name in field **1104** and a patrol vehicle number in field **1106** for purposes of authorizing access to the operational and monitoring controls of sensor system **100**.

When the required information has been provided by the interface operator in fields **1102**, **1104** and **1106**, the interface operator may then select login command option **1108** to proceed with system verification of authorized access to sensor system **100**. Similarly, the interface operator may select cancel command option **1110** to terminate login procedures for sensor system **100**.

Upon a successful login at display **1100**, data sampling is initiated and main display **1000** is populated with sensor data, as illustrated in the main display **1000** of FIG. **12**. Sensor data is provided on video display **1002**, which may be provided in a split screen format for displaying multiple video image frames (one from each camera). Multiple split screen views **1202**, **1204** may display video image frames received from one or more cameras contained in the ISU **106**. For example, as described above with respect to FIG. **1**, a patrol vehicle may be equipped with two cameras positioned on opposing sides for providing corresponding video image frames from both sides of the patrol vehicles path of travel. Although main display **1000** of FIG. **12** is shown with two split screens **1202** and **1204**, additional split screens may be incorporated into video display **1002** to facilitate the utilization of more than two cameras.

Three plot lines, a raw electrical field measurement plot **1206**, an adaptive threshold plot **1208** set relative to the local ambient or background noise level and a smoothed plot **1210** are provided in conjunction with the graphical plot overlaid on the video image frames displayed on video display **1002**. Adaptive threshold plot **1208** is generated from data gathered before and after the raw voltage was sensed by the DSU **110**. Smoothed plot **1210** is a smoothed version of raw electrical field measurement plot **1206** that has been filtered to remove spurious content. A potential stray voltage is indicated when smoothed plot **1210** exceeds adaptive threshold plot **1208**.

Control panel **1004** of main display **1000** provides the interface operator with a plurality of monitoring and control options. An enlarged view of control panel **1004**, as illustrated in FIG. **12**, is provided and described with respect to FIG. **13**. Control panel **1004** may include a system monitor indicator **1302**, an audio threshold indicator **1304** and an audio snooze indicator **1306**. In addition, a clear command option **1308**, a suspend command option **1310**, a preferences command option **1312**, an event capture command option **1314** and a stop command option **1316** are provided to the interface operator in control panel **1004**. Control panel **1004** may also provide information in a latitude display **1318**, a longitude display **1319**, an address display **1320**, a signal strength display **1322**, a speed display **1324** and a time stamp display **1326**.

Indicators **1302**, **1304** and **1306** may be visual indicators, configured to change color or blink upon satisfaction of pre-programmed criteria. System monitor indicator **1302** may be a green color when operating within system specifications. When a problem is detected in connection with GUI **138**, system monitor indicator **1302** may turn yellow to notify the interface operator that there exists a problem, such as, lack of a GPS signal. In this case, no latitude, longitude or address information may be shown, respectively, in displays **1318**, **1319** and **1320**. Another potential trigger indicative of a problem is lack of video or electric field measurement data, wherein there would be no video image frame or measurement readings on video display **1002**. Other potential problems that may trigger indicator **1302** may be depleted disk space for recording captured events (described in detail below) or loss of communication between DPS **112** and GUI **138**.

Generation of an audible tone output signal having a pitch that is proportional to the signal strength of the measured electric field may be provided as a tool in conjunction with the monitoring capabilities provided in GUI **138** to aid the interface operator in determining the source and potential danger of stray voltage anomalies. In some embodiments, the audio threshold value is indicative of the minimum voltage level required to trigger an audible notification tone. For example, an optimum audio alert value for identifying stray voltage anomalies, while minimizing the number of false detections, may be preset as a default value. Default settings may be represented by audio threshold indicator **1304** being, for example, a green color.

However, the interface operator may adjust the default threshold settings provided in connection with the audible notification tone if an excess amount of background noise interferes with accurate or efficient notifications. By selecting preferences command option **1312** provided on control panel **1004**, the interface operator could be provided with a preferences display **1400**, as illustrated in FIG. **14**, for modifying values associated with the audible tone. Therein, the interface operator could raise the threshold value, using audio threshold increase button **1402** and decrease button **1404**, to minimize or eliminate false audible tones being generated due to a noisy environment in a patrolled environment. Any changes made to the default audible threshold value in preferences

US 8,536,856 B2

19

20

display **1400** may be represented by audible threshold indicator **1304** on control panel **1004** turning yellow. The change in color informs the interface operator that the audible notification tone is operating according to user defined values, not system defined default values.

Additional features that may be provided in preferences display **1400** of FIG. **14**, may be an audio snooze time option **1406**, an x-axis toggle switch **1408**, a y-axis toggle switch **1410**, a trace option **1414** and a DSP string option **1416**. Audio snooze time option **1406** specifies in seconds how long audio alerts are suspended when a snooze button **1306** is pushed. Snooze button **1306** may be green when default values are provided in the display of snooze time option **1406** of preferences display **1400**. However, similar to audio threshold indicator **1304**, snooze button **1306** may also include a color indicator that changes, for example, to yellow when the default snooze time has been changed in preferences display **1400**. Toggle switches **1408** and **1410** permit the interface operator to adjust, respectively, the scale used in x-axis **1002**x, which measures in feet the distance traveled since the last event capture, and y-axis **1002**y, which measures in decibels the electric field signal strength, on video display **1002**. Trace option **1414**, when selected, allows for the logarithmic scaling of all y-axis **1002** values in order to ensure that values are easily readable and that entire plot lines appear within video display **1002** of main display **1000**. DSP string option **1416** may be provided as a means for displaying processing related data, when selected, to troubleshooting sensor system **100**.

Default values for system preferences identified in display **1400** may be restored by selecting a restore defaults command option **1418**. Otherwise defined preferences may be saved and executed by selecting an "OK" command option **1420**. Alternatively, if the interface operator decides not to make any changes, then a "CANCEL" command option **1422** may be selected. Selection of either command option **1420** or **1422** will return the interface operator to display **1000**.

As the patrol vehicle traverses through an environment, streaming synchronized data of the electric field strength overlaid on the corresponding video frames of the scene being traversed at the time of measurement may be displayed to the interface operator on video display **1002** of main display **1000**. In addition, corresponding latitude and longitude information related to the patrolling vehicle is received by GPS receiver **142** and provided, respectively, to display fields **1318** and **1319**. An address corresponding to the latitude and longitude readings provided in display fields **1318** and **1319** may also be provided in display field **1320**. A signal strength value may be provided in display field **1322**. The speed of the patrol vehicle may be presented in display field **1324**, along with a current data and time stamp in display field **1326**. The interface operator may temporarily suspend data sampling at any time by selecting a suspend command option **1310**, clear received data by selecting a clear command option **1308** or exit GUI **138** system entirely by selecting a stop command option **1316** provided on control panel **1004** of main display **1000**.

As the interface operator monitors the incoming streaming data on video display **1002**, he/she is also presented with a variable-pitch alert that is configured for alerting the interface operator of detected fluctuations and/or spikes in measured electric field readings that exceed a defined threshold. Therefore, when a potential anomaly is detected, represented for example by a rise-peak-fall in the alert pitch, a corresponding visual spike in raw voltage plot **1206**, a high signal strength value in signal strength display field **1322** or a combination thereof, interface operator may select an event capture command option **1314** for purposes of gathering additional information to review the potentially detected stray voltage anomaly. Therefore, when the interface operator selects event capture command option **1314** on control panel **1004** of main display **1000**, he/she may be presented with a data collection display **1500** and a event capture display **1600** illustrated, respectively, in FIGS. **15** and **16**. Data collection display **1500** prompts the interface operator to continue driving the patrol vehicle for a predefined distance (e.g., an additional 40 feet after selection of event capture command option **1314**) in order to collect enough data sampling information to fully analyze the background noise associated with the captured event. A progress bar **1502** may be provided in display **1500** to inform the interface user of the remaining distance of travel required. Upon completion of the additional information collection process, represented by progress bar **1502**, the interface operator may stop the collection of streaming data by GUI **138** and proceed to event capture display **1600** for analyzing the captured event. The collection of streaming data may be stopped or paused by stopping the patrol vehicle. Alternatively, collection of additional information pertaining to the captured event may be optionally terminated earlier, through selection of a cancel command option **1504**, to permit the interface operator to proceed to review the captured event on event capture display **1600** without collection of additional information.

After driving the additional distance prompted by display **1500** and stopping the patrol vehicle, processing of data related to the event capture may be processed (e.g. by DSU **110**) and a second distinctive alert tone (e.g., a chime-like sound) may be presented to the interface operator if it is determined that the processed captured measurement is not a false alarm. Thereupon, the interface operator could further examine the potential detected anomaly in event capture display **1600**, as illustrated in FIG. **16**. Similar to main display **1000**, event capture display **1600** provides a video display **1602** and a playback control panel **1604**. Scene scroll tabs **1603**a and **1603**b may be provided on opposing sides of display **1602** to permit the interface operator to view captured video images and their corresponding electric field measurements throughout various positions traversed by the patrol vehicle. Event capture display **1600** may also provide a pinpoint indicator **1601** that may be positioned on any part of the video display **1602** to display data and video for a different location. Data displayed in playback control panel **1604** (described below) corresponds to the applied position of indicator **1601**. For example, if the interface operator would like to view measurement and video data associated with a position 225 feet prior in motion, the interface operator could use scene scroll tabs **1603**a and **1603**b to move pinpoint indicator **1601** to the desired location on video display **1602**.

Event capture display **1600** allows the interface operator to more closely examine potentially detected anomalies by providing playback analysis of the captured event. More specifically, the interface operator may compare raw voltage plot **1206** and adaptive threshold plot **1208** to assist in identifying the object displayed in the corresponding image frame that is most likely to be the source of the anomaly. In event capture display **1600**, the three plot lines may be aligned to permit the interface operator to look for points where smoothed plot **1210** exceeds adaptive threshold plot **1208**. This indicates that there exists a spike above the averaged background noise and, therefore, the existence of an anomaly.

Enlarged views of a detected stray voltage anomaly as it may be provided on video display **1602** of event capture display **1600** of FIG. **16** is illustrated in conjunction with FIGS. **17-18**. In FIG. **17**, pinpoint indicator **1601** is posi-

US 8,536,856 B2

21

tioned near the peak of spike in raw voltage plot **1206**. All related sensor data related to this particular position is provided to the interface operator on playback control panel **1604**. As can be seen near the spike in raw voltage plot **1206**, smoothed plot **1210** exceeds adaptive threshold plot **1208**, indicative of a potentially dangerous anomaly in the captured scene. When pinpoint indicator **1601** is positioned over the peak of a spike, the object most centered in a video frame on video display **1602** is likely the source of the detected anomaly. An isolated enlarged view, as illustrated in FIG. **18**, of the video image frame shown on video display **1602** of event capture display **1600** may be provided, wherein it can be seen that an object **1800** most centered in the video frame is likely the source of the detected anomaly. The video image frame may be isolated and enlarged by selecting a full screen command option **1906** (described below with respect to FIG. **19**) from playback control panel **1604**.

An enlarged view of event capture control panel **1604** is illustrated in FIG. **19**. Event capture control panel **1604** is comprised of a play command option **1902**, a pause command option **1904**, a full screen command option **1906**, a preferences option **1908** and a main display option **1910**. Play command option **1902** may allow the interface operator to play a video clip selected from a saved events section **1916**. Similarly pause command option **1904** may allow the interface operator to pause playback of the video clip selected from saved events section **1916**. Full screen command option **1906** may allow the interface operator to toggle between full-sized video images and regular-sized video images provided. Preferences command option **1908** may provide the interface operator with additional playback and review options not shown on playback control panel **1604**. For example, command option **1908**, when selected, may provide preferences related to wireless communication of captured events to dispatch a remote crew. Main display option **1910** may allow the interface operator to return to main display **1000**. A disable plotting option **1912** may also be provided, wherein the plots may be removed for a clearer view of scene objects displayed on video display **1002** when option **1912** is selected.

Once a detected stray voltage anomaly has been confirmed by the interface operator and an object has been determined to be the likely source of the anomaly, the interface operator may then proceed to record object related information in an objects section **1918** of playback control panel **1604**. FIG. **20** provides an enlarged view of objects section **1918**. An environmental object or infrastructure name may be listed in a predefined objects scroll menu **2002** or may be defined by the interface operator using an object identification field **2004**. The interface operator may then add the object identified in predefined objects scroll menu **2002** or object identification field **2004** to a selected object field **2008** using, respectively, an add command option **2006** or an add command option **2003**. An added object identified in selected object field **2008** may also be removed by selecting a remove command option **2007**. Additional notes, comments and instructions may be provided by the interface operator using a comments field **2010**. For example, the interface operator may identify a lamp post, in selected object field **2008**, as the potential source of a detected stray voltage anomaly and instruct, in comments field **2010**, the need for a utility crew to be dispatched immediately to the site to neutralize the source. In addition, GUI **138** is configured so that if multiple objects are determined to be present in a scene where an anomaly was detected, the interface operator may identify the multiple objects in selected object field **2008**. The interface operator may then select a save event command option **1914** to record the iden-

22

tified object source of the anomaly, associated comments regarding the anomaly and anomaly location information for future reference and analysis of the captured anomaly event in the saved event section **1916**. Thereafter, the interface operator may return to main display **1000**, via command option **1910**, and restart movement of the patrol vehicle to restart data sampling of the scene being traversed.

FIG. **21** is an enlarged view of the saved events section **1916**. Captured events that have been previously saved by the interface operator may be viewed in the saved events section **1916** by selecting a saved event file from the event listing **2102**. To open a saved event provided in event listing **2102**, the interface operator, or any other applicable user, may select the desired event and then select a load event command option **2104**. When the desired event is loaded, display **1600** is populated with all data related to the selected event (e.g., location information, object identification, comments, captured video image frame and corresponding measurement data). To play the video associated with a loaded event, the interface operator may move the pinpoint indicator **1601** to the desired starting location on video display **1602** in which he/she wishes to begin viewing and select play command option **1902**.

Information that has been populated, for example, into objects section **1918** may be edited. For instance, if it is determined that an object previously identified as the source of a stray voltage anomaly is not indeed the source of the anomaly, selected objects field **2008** may be edited using commands **2006** and **2007** to, respectively, add a new source and remove the inaccurate source. Once changes have been made, the interface operator may select an update command option **2106** to have the new information saved in connection with the previously saved event.

When an event is saved, GUI **138** may be configured to generate a database entry for the saved event and create separate files for video and corresponding sensor related data. For example, GUI **138** may be configured to create an AVI file for storing video images and an XML file for storing all other sensor related data. These files may be saved on a hard disk (e.g., memory component) and retrieved when the corresponding event is selected and loaded using playback control panel **1604** on event capture display **1600**. If it is determined that saved events are no longer needed or have been archived elsewhere, or alternatively, if additional storage space is needed, the interface operator may delete using command options **2108** and **2110** provided on saved events section **1916** of playback control panel **1604**.

An illustrative depiction of the general steps employed in use of GUI **138** of sensor system **100** for monitoring and controlling the detection of a stray voltage anomaly is described with reference to the flowchart of FIG. **22**. As previously described, the monitoring of streaming data displayed on video display **1002** of GUI **138** is initiated, at step **2202**, by providing user login information at step **2204**. If the login information provided at display **1100** of FIG. **11** is determined to be for an authorized user, then GUI **138** may begin to sample data and provide a visual output of streaming data, at step **2208**, on main display **1000**, which may be driven by movement of the patrol vehicle equipped with sensor system **100**.

GUI **138** of sensor system **100** may audibly, via a variable-pitched alert tone, and visually, via a spike in plots provided on graphical video display **1002**, prompt the interface operator upon detection of a stray voltage anomaly at step **2210**. When initial detection of a potential anomaly is detected at step **2210**, interface operator may decide to capture the event by selecting event capture command option **1314** provided on

US 8,536,856 B2

23
24

control panel **1004** of main display **1000** at **2214**. In response to the user initiated instruction to capture an event, additional processing may be executed to collect additional information about the captured event and an additional alert notification may be provided to the interface operator at **2216**, indicating to the interface operator that the subsequent processing of the captured event is likely a stray voltage anomaly.

Playback controls are provided to the interface operator, at step **2218**, via control panel **1604** on event capture display **1600** of FIG. **16**. After the interface operator has had an opportunity to review information related to the captured event, as well as identify the source emitting the stray voltage anomaly, he/she may record the event at step **2220**. Thereafter, the interface operator may elect to resume data sampling of the area being patrolled at **2224**, thereby reinitiating the receipt of streaming data at main display **1000**. GUI **138** may go into a standby mode, at step **2226**, if no action is taken after a predetermined amount of time or, alternatively, if the interface operator elects to suspend data sampling by selecting, e.g., suspend command option **1310** on control panel **1004** of main display **1000**.

FIGS. **23** and **23**A are graphical representations of a theoretical electric field profile and a measured electric field profile, respectively. The abscissa thereof represents distance x (in arbitrary units) and the ordinate thereof represents normalized electric field as a function of distance F(x).

The output signal from DSU **110** described herein may contain a considerable amount of noise due to detection of background 60 Hz electric field. Due to the motion of DSU **110** in this background field, the amplitude of the background noise signal produced thereby is constantly changing, even when the strength of the background electric field is constant. Further, movement of the DSU **110** in any electric field (even a static field, such as one generated by the air flow over the surface of a vehicle tire) results in modulation of such field and, in general, in the generation of a phantom 60 Hz signal. Under such circumstances, discriminating between a legitimate stray voltage electric field and background noise becomes difficult and requires prolonged training of the operator, combined with a high level of operator concentration during the operation of the equipment.

A method for automatically discriminating between a legitimate stray voltage signal and background noise can supplement the processing and reduce the stress imposed on the operator. The method described is based on Coulomb's law, which states that the magnitude of the electric field of a point charge is directly proportional to the charge (Q) and indirectly proportional to the square of distance (r) from the point charge: $E=kQ/r^2$, wherein proportionality is indicated by a selectable constant (k).

Considering the geometry, where the DSU **110**, passes the point charge on a straight line at a minimum distance of R (either directly above the point charge or on the side of the charge or both), the electric field magnitude as a function of distance x from the closest approach (x equals 0) is given by: $E(x)=kQ/(R^2+x^2)$.

Qualitatively, the theoretical electric field profile F(x) as the DSU **110** passes by is depicted in FIG. **22** and is in very good agreement with actual measurements of electric field profile F(x) as shown in FIG. **23**A that were made using a DSU **110** as described herein.

Although the location of the source of a stray voltage anomaly or condition is not known, the characteristic of the observed electric field variation F(x) in time remains the same and thus, if it is normalized with respect to time and amplitude, it can be discriminated from other temporal signal fluctuations (noise). Normalization in time is accomplished by

varying the rate at which the Fast Fourier Transform (FFT) of the sensed electric field is re-performed as a function of the lateral speed of the DSU **110**, e.g., the speed of the vehicle on which DSU **110** is mounted. Normalization in amplitude is accomplished by observing the ratio between the amplitude of a fresh sample of the sensed electric field and a running average from the amplitudes of all past samples thereof.

Specifically, normalization in time is accomplished by varying the frequency at which the FFT is performed, such as performing one FFT per unit of travel of the DSU **110**. For example, one FFT could be performed for every unit of distance (e.g., a foot or meter) of travel, e.g., as measured by the wheel speed sensor **144** sensing wheel **146** rotation or by a distance measuring wheel. Preferably, the time period between FFT sampling should be rounded such as to be an integer multiple of the period of the monitored electric field signal (in this example, an integer multiple of ⅟₆₀ sec. for a 60 Hz signal).

FIG. **24** is a schematic flow diagram illustrating a method **2400** for obtaining a running average (termed FLOAT) and alarm trigger (ALARM=1), in accordance with one embodiment of the present invention. A running average is difficult to calculate on a sample with an open ended number of data points, and calculating an average from the last N samples may not be satisfactory unless the number N is very large, which can impose undue demands on DSP **124** and memory **126**. Instead, a modified running average algorithm may be employed and is described in relation to the algorithm flowchart shown in FIG. **24**, which also illustrates the conditions for activating the alarm condition (ALARM=1).

Method **2400** starts at **2402** with an initialization **2404** of time t, an average, represented by FLOAT(t), and alarm value ALARM. For each time t thereafter (referred to as a "fresh time"), the time value or sample rate is updated **2406** by an increment value S that is related to speed, e.g., the output of wheel speed sensor **144**. For example, the interval S may correspond to a ¼ revolution of wheel **146**, e.g., four detections per wheel revolution. Thus, if the vehicle carrying system **100** moves faster, then the sampling time t=t+S becomes shorter and the averages and processing occurs more frequently. Conversely, if the vehicle moves more slowly, then the sampling time increases. The processing interval may be thought of as being fixed in space, rather than in time. This variable time interval implements the processing of sensed voltage data as a function of the speed of sensor system **100** to produce signals of the sort illustrated in FIGS. **23** and **23**A.

When the probe is stopped, i.e. its speed is zero, no further calculation is made, which is not of concern because no additional voltage field data is being sensed that would need to be averaged. DPS **112** will continue to process stray voltage sensed by DSU **110** even if the DSU **110** is stopped. However, periodic comparisons **2408** of the present value of SIG **60** (t) could be made so that the alarm function **2410** remains operative in the event that a stray voltage appears during the time the DSU **110** is stopped.

For each fresh time t=t+S, the filtered and processed 60 Hz signal [SIG **60** (t)] produced by the Fast Fourier Transform described above is compared **2408** with the threshold above the previous average [THD*FLOAT(t−S)] of the previous time and if greater than or equal to the threshold (**2408**=YES), then the average [FLOAT(t)] is updated **2410** by adding the fresh value SIG **60** (t) adjusted by a weighting factor [K1] to the previous average [FLOAT(t−S)] and, because the threshold is exceeded, the alarm is set [ALARM=1] to cause an audible and/or visual alarm to be provided. If not (**2420**=NO), the fresh 60 Hz signal SIG **60** (t) is compared **2412** with the

US 8,536,856 B2

25

previous average [FLOAT(t–S)] and if greater (**2412**=YES), then the average [FLOAT(t–S)] is updated by adding the fresh value SIG **60** (*t*) adjusted by a weighting factor [K **2**] and the alarm remains not set [ALARM=0]. If not (**2412**=NO), the 60 Hz signal is compared **2416** with the previous average [FLOAT(t–S)] and if less (**2416**=YES), then the average [FLOAT(t–S)] is updated by subtracting the fresh value SIG **60** (*t*) adjusted by a weighting factor [K3] and the alarm remains not set [ALARM=0]. If none of the foregoing comparisons **2408**, **2412**, **2416** produces a YES condition, then the average [FLOAT(t)] remains **2420** the previous average [FLOAT(t–S)], alarm remains not set [ALARM=0], and the process is repeated (to **2406**) for the next time increment t+S.

The constants K1, K2, K3 and THD depend on the background noise characteristics, the desired sensitivity of the discrimination, and the level of tolerable false alarms. Because it is not desirable that the relatively higher values of SIG **60** (*t*) when a stray voltage exceeding threshold is detected (**2408**=YES) cause the average FLOAT (which may represent background signals and noise) to increase correspondingly, a relatively lower scaling factor K1 is utilized under that condition. It also appears desirable that FLOAT increase less strongly for noise in excess of the average FLOAT than for noise less than the average FLOAT. Because large changes are weighted less than small changes, this selection of constants tends to produce a result that is akin to low-pass filtering, because the effect of large short-term changes is diminished. Analysis of available data suggests that values of weighting factors K1=0.002, K2=0.02, K3=0.04 and of the threshold factor THD=2.4 may be a reasonable starting point for an application involving sensing stray 60 Hz voltages in a utility service (e.g., street) environment.

FIG. **25** is a graphical representation of an example of data produced by the method **2400** described in relation to FIG. **24**. The abscissa represents units of time t (or of distance) whereas the ordinate represents units of amplitude. Data points SIG **60** (*t*) represent the value of electric field sensed by DSU **110** versus time t as the sensor system **100** moves along a path. SIG **60** (*t*) exhibits a peak in the stray voltage in the region of values of about 60-100, and relatively low values both before and after the peak. The values of SIG **60** (*t*) are averaged (e.g., the FLOAT averaging as described above) and present as the graph line FLOAT which remains relatively low and stable (e.g., about 0.1 units) where no significant field is detected, but which increases in the region where a peak of the field SIG **60** (*t*) occurs. When the detected field value SIG **60** (*t*) exceeds the threshold, e.g., set at about 2.4 FLOAT, the high detected field value causes the alarm to change from no alarm [ALARM=0] to the alarm [ALARM=1] condition to produce an audio tone and/or visual indication thereof to the user.

As used herein, the term "about" means that dimensions, sizes, formulations, parameters, shapes and other quantities and characteristics are not and need not be exact, but may be approximate and/or larger or smaller, as desired, reflecting tolerances, conversion factors, rounding off, measurement error and the like, and other factors known to those of skill in the art. In general, a dimension, size, formulation, parameter, shape or other quantity or characteristic is "about" or "approximate" whether or not expressly stated to be such.

In addition to the embodiments described above, additional features may be provided, as desired. For example, a 60-Hz signal source located inside DSU **110** to couple a 60-Hz signal thereto could provide a self-test function, i.e when a self-test is performed by energizing the 60-Hz source. Sensor system **100** would then produce an audio indication, Log file,

26

and/or other output, for a qualitative and/or quantitative test. Further, calibration and/or performance verification could be provided by DSU **110** and a commercially available accurate E-field measuring instrument at close range to a source of a relatively high field strength 60 Hz signal.

While the foregoing sensor, system, apparatus and method are described in terms of the 60 Hz electrical power system frequency common in the United States and other countries, the apparatus, arrangements and methods described herein are likewise applicable to the 50 Hz power systems of Europe and elsewhere, to the 400 Hz power systems for aircraft and other apparatus, to the 25 Hz power systems for transportation and other applications, and to power systems at any other frequency. Further, while the arrangement is often described in terms such as "stray voltage" and "voltage anomaly" and "stray voltage" field, it is noted that the electric field produced by the conditions so referred to is sensed and/or detected by the described arrangement.

While the foregoing is directed to embodiments of the present invention, other and further embodiments of the invention may be devised without departing from the basic scope thereof, and the scope thereof is determined by the claims that follow.

The invention claimed is:

**1**. A mobile apparatus mounted to a motor vehicle for detecting an electric field, comprising:

at least one sensor probe, mounted to the vehicle, that generates a signal corresponding to an electric field detected by the at least one sensor probe as the at least one sensor probe moves past a plurality of conductive objects proximate a street, wherein the at least one sensor probe comprises at least one electrode;

at least one filter, coupled to the at least one sensor probe, that removes interfering electric field signals from the signal corresponding to the electric field, to limit the frequency of the signal to contain an expected frequency of a voltage anomaly;

a processor, coupled to the filter, that digitizes the signal to form electric field data represented as a plurality of time domain samples, produces field strengths of each of the at least one sensor probes using the plurality of time domain samples and analyzes the field strengths to identify the voltage anomaly in the electric field, wherein the electric field data is analyzed based on an expected frequency pertaining to the voltage anomaly and wherein the voltage anomaly is generated by leakage of electric power from a power grid to an energized object in the plurality of conductive objects proximate the street; and

an indicator, coupled to the processor, that alerts a user to a presence of the voltage anomaly in the electric field and indicates that at least one conductive object proximate the street is energized to a potentially harmful level.

**2**. The apparatus of claim **1**, further comprising at least one analog to digital converter coupled to each of the at least one electrode for digitizing electric signals received from the at least one electrode representative of the electric field detected.

**3**. The apparatus of claim **1**, further comprising:

at least one measuring device mounted to the motor vehicle for determining at least one of the location of the apparatus, a distance traveled by the apparatus, or a speed at which the apparatus is moving.

**4**. The apparatus of claim **1**, wherein producing the field strengths using the plurality of time domain samples further comprises:

applying a Fast Fourier Transform to the field strengths at a rate that is a multiple of an expected frequency of the

US 8,536,856 B2

27

electric field to transform the plurality of time domain samples into at least one frequency domain sample.

**5**. The apparatus of claim **4**, wherein the indicator is at least one of an audio or visual indicator and an audio indicator emits a variable pitched tone corresponding to a magnitude of the measured electric field.

**6**. The apparatus of claim **1**, further comprising at least one camera that collects video images of a patrolled area.

**7**. The apparatus of claim **1**, further comprising a wireless transceiver that transmits and receives data to and from at least one remote device.

**8**. The apparatus of claim **1**, further comprising a computer having a graphical user interface that displays an electric field signal strength data, and analyzes and captures a monitored event within the depicted electric field signal strength data.

**9**. The apparatus of claim **8**, further comprising:

at least one camera, coupled to the computer, that collects video images of a patrolled area, wherein the collected video images are displayed on the graphical user interface along with the display of the electric field signal strength.

**10**. The apparatus of claim **9**, wherein the graphical display of data further comprises:

a raw electric field measurement plot;

an adaptive threshold plot; and

a processed electric field measurement plot.

**11**. The apparatus of claim **10**, wherein the adaptive threshold plot is set relative to a local ambient or background noise level that is generated from data gathered prior to measurement of raw electric field data.

**12**. The apparatus of claim **10**, wherein the graphical display of data further comprises:

an indicator to alert a user to the presence of a voltage anomaly in the electric field, wherein the voltage anomaly in the electric field is present when the processed electric field measurement plot exceeds the adaptive threshold plot.

**13**. A method for detecting an electric field using a mobile apparatus mounted to a motor vehicle, comprising:

sensing an electric field using at least one sensor probe mounted to the motor vehicle, wherein the at least one sensor probe comprises at least one electrode;

identifying a location of the at least one sensor probe;

removing interfering electric field signals from the signal corresponding to the electric field, to limit the frequency

28

of the signal to contain an expected frequency of a voltage anomaly, using at least one filter coupled to the at least one electrode;

digitizing electric signals representative of the electric fields sensed by the sensor probe after applying the low pass filter to create data representing the electric fields as a plurality of time domain samples, and determining field strength of the at least one sensor probe using the plurality of time domain samples; and

collecting data representing the electric field sensed by the at least one sensor probe;

processing the collected data, wherein the digitized electric signals within the collected data are averaged commensurate with a speed at which the at least one sensor probe is moving;

analyzing the collected data to identify the voltage anomaly in the electric field, wherein the voltage anomaly is generated by leakage of electric power from a power grid to an energized object from a plurality of conductive objects proximate a street; and

providing an indicator to alert a user to a presence of the voltage anomaly in the electric field indicating that at least one conductive object proximate the street is energized to a potentially harmful level.

**14**. The method of claim **13**, wherein the indicator is at least one of an audio or visual indicator.

**15**. The method of claim **13**, wherein processing the digitized electric signals comprises using a Fast Fourier Transform at a rate that is a multiple of an expected frequency of the electric field.

**16**. The method of claim **15**, wherein processing the digitized electrical signals further comprises averaging the Fast Fourier Transformed digitized electrical signals at a rate that is representative of the speed at which the at least one sensor probe is moving.

**17**. The method of claim **15**, wherein processing the digitized electrical signals further comprises comparing the averaged Fast Fourier Transformed digitized electrical signals to a threshold value for providing an indication of the voltage anomaly in the electric field.

**18**. The method of claim **13**, further comprising:

storing at least one of the data corresponding to the electric field detected by the at least one sensor probe, data corresponding to the location of the at least one sensor probe, or data corresponding to the speed of which the at least one sensor probe is moving, to a storage device.

\* \* \* \* \*