Docket No. 177

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| POWER SURVEY, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PREMIER UTILITY SERVICES, LLC, and L-3 COMMUNICATIONS HOLDINGS, INC. d/b/a/ NARDA SAFETY TEST SOLUTIONS,<br><br>　　　Defendants. | Civil Action No. 13-5670 (RMB/KMW)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY LIFT STAY AND DISSOLVE PRELIMINARY INJUNCTION AGAINST DEFENDANT NARDA |

**THIS COURT**, having considered Defendant L-3 Communications Holdings, Inc., d/b/a Narda Safety Test Solutions ("Narda") Unopposed Motion to Temporarily Lift Stay and Dissolve Preliminary Injunction Against Defendant Narda, and the Court having considered Narda's submissions in support, and for good cause having been shown, **IT IS HEREBY ORDERED** that Narda's Motion to Temporarily Lift Stay and Dissolve Preliminary Injunction Against Defendant Narda is **GRANTED**. The preliminary injunction (Dkt. No. 132) is hereby dissolved with respect to Defendant Narda. This action shall remain stayed until ordered otherwise.

**IT IS ORDERED.**

Dated: December 22, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Renee M. Bumb
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge